DEFENDANTS' EXHIBIT 1

# FINAL

## ASBESTOS SURVEY REPORT

### FOR

## ASBESTOS SURVEYS

### PERFORMED AT

## NAVAL STATION GUANTANAMO BAY, CUBA

**Prepared for**



**Naval Facilities Engineering Command Atlantic
Norfolk, Virginia**

**May 2017**

**Prepared Under**

**Contract N62470-13-D-8025
Task Order 0030**

**DCN: MMAC-8025-0030-0006**

**Prepared by**



**4021 Stirrup Creek Drive, Suite 100
Durham, North Carolina 27703
Tel (919) 381-9900**

**MultiMAC JV Project 5023-15-0006**

# FINAL

## ASBESTOS SURVEY REPORT

## FOR

## ASBESTOS SURVEYS

## PERFORMED AT

## NAVAL STATION GUANTANAMO BAY, CUBA

### May 2017

### Contract N62470-13-D-8025
### Task Order 0030

### DCN: MMAC-8025-0030-0006

### Prepared for
### Naval Facilities Engineering Command Atlantic

---

**REVIEW AND APPROVAL**

Project Manager: 

Daniel Perrin, P.E.
MultiMAC Joint Venture

| 513-588-1427 | 05/12/2017 |
|---|---|
| Phone | Date |

Technical Lead: 

Scott Brown
MultiMAC Joint Venture

| 858-514-7724 | 05/12/2017 |
|---|---|
| Phone | Date |

This page is intentionally blank.

# CONTENTS

**Page**

ACRONYMS AND ABBREVIATIONS ................................................................... v
1    INTRODUCTION ........................................................................................ 1-1
     1.1    PROJECT OBJECTIVES ................................................................ 1-1
     1.2    SITE LOCATION AND DESCRIPTION ........................................... 1-1
     1.3    ASBESTOS SURVEY REPORT ORGANIZATION ........................... 1-2
     1.4    DEFINITIONS ................................................................................ 1-2
2    REGULATORY OVERVIEW ....................................................................... 2-1
     2.1    AHERA (40 CFR PART 763 SUBPART E) ..................................... 2-1
     2.2    ASBESTOS NESHAP (40 CFR PART 61 SUBPART M) .................. 2-1
     2.3    OSHA CONSTRUCTION AND GENERAL INDUSTRY STANDARDS FOR
            ASBESTOS ..................................................................................... 2-2
     2.4    HOST COUNTRY REGULATIONS .................................................. 2-2
3    PROJECT PERSONNEL ............................................................................ 3-1
4    ASBESTOS SURVEY PROCEDURES AND ANALYSIS .............................. 4-1
     4.1    SURVEY AND SAMPLING PROCEDURES, METHODS, AND ANALYSIS ......... 4-1
5    ASBESTOS SURVEY REPORTS ................................................................ 5-1
6    REFERENCES ........................................................................................... 6-1

# TABLES

Table 1      Buildings Surveyed for Asbestos
Table 2      Summary of Identified Homogeneous Asbestos-Containing Materials

# APPENDICES

Appendix A      ASBESTOS SURVEY REPORTS
Appendix B      ASBESTOS CERTIFICATIONS

This page is intentionally blank.

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| % | percent |
| ACM | asbestos-containing material |
| AHERA | Asbestos Hazardous and Emergency Response Act |
| Amec Foster Wheeler | Amec Foster Wheeler Environment & Infrastructure, Inc. |
| APM | Asbestos Program Manager |
| ASHARA | Asbestos School Hazard Abatement Reauthorization Act |
| BEQ | bachelor enlisted quarters |
| CFR | Code of Federal Regulations |
| DoD | United States Department of Defense |
| EPA | United States Environmental Protection Agency |
| FMD | Facilities Maintenance Department |
| ft$^2$ | square feet |
| GTMO | Naval Station Guantanamo Bay |
| HM | homogeneous material |
| HSA | homogeneous sampling area |
| HVAC | heating, ventilation, and air conditioning |
| ID | identification |
| LF | linear feet |
| MultiMAC JV | MultiMAC Joint Venture |
| NA | not applicable |
| NAVFAC Atlantic | Naval Facilities Engineering Command Atlantic |
| Navy | United States Department of the Navy |
| NESHAP | National Emission Standards for Hazardous Air Pollutants |
| NIST | National Institute of Standards and Technology |
| NS | Naval Station |
| NVLAP | National Voluntary Laboratory Accreditation Program |
| OMC | Office of Military Commissions |
| OSHA | Occupational Safety and Health Administration |
| PACM | presumed asbestos-containing material |
| PLM | polarized light microscopy |
| SAP | Sampling and Analysis Plan |
| TSI | thermal system insulation |

Naval Station Guantanamo Bay, Cuba                                    Asbestos Survey Report

## ACRONYMS AND ABBREVIATIONS (continued)

U.S.                          United States

VIP                           Very Important Person

# 1   INTRODUCTION

The Naval Facilities Engineering Command Atlantic (NAVFAC Atlantic) contracted MultiMAC Joint Venture (MultiMAC JV), a joint venture comprising Amec Foster Wheeler Environment & Infrastructure, Inc. (Amec Foster Wheeler) and KMEA, to perform asbestos surveys and sampling of suspected asbestos-containing material (ACM) within five buildings at Naval Station (NS) Guantanamo Bay, Cuba.

This Asbestos Survey Report summarizes the work conducted; discusses findings regarding the location, quantity, and condition of ACM in the five buildings surveyed; and includes recommendations for addressing identified or potential asbestos hazards through abatement or management practices.

## 1.1   PROJECT OBJECTIVES

The overall objectives of the asbestos surveys are for MultiMAC JV personnel to perform the following activities:

- Conduct field surveys and sampling to identify the presence, location, quantity, and condition of ACM in the identified buildings.

- Procure an accredited laboratory to conduct bulk asbestos analysis of the samples collected from each building surveyed.

- Organize and review the laboratory analytical results.

- Develop recommendations for corrective action and present options and associated costs for managing identified ACM, including interim controls, abatement measures, and recommended changes to facility management and maintenance systems.

- For each building surveyed, prepare an Asbestos Survey Report that includes (1) an asbestos inventory section that identifies asbestos and ACM located during the survey, and (2) a summary of findings, conclusions, and recommendations.

## 1.2   SITE LOCATION AND DESCRIPTION

NS Guantanamo Bay (GTMO) is located in the Guantanamo Province on the southeastern coast of Cuba. The base occupies 45 square miles of land and water, situated at the mouth of Guantanamo Bay. GTMO is divided into two areas (windward and leeward) separated by the bay and connected by ferry.

GTMO was established in 1898 following the Spanish-American War. It is the oldest active United States (U.S.) naval installation. The Platt Amendment, passed by the U.S. Senate in 1901, established the conditions for withdrawal of U.S. troops from Cuba following the war. A stipulation of the amendment included leasing land to maintain a naval installation in Cuba for as long as deemed necessary by the U.S. The Platt Amendment was incorporated into the Cuban constitution in 1902. In 2002, the Guantanamo Bay Detention Camp was established to house enemy combatants captured during wars in Iraq and Afghanistan, and the broader War on Terror.

The subject buildings for this survey effort are located at Camp Justice on the windward side of GTMO at the former site of McCalla airfield. Camp Justice provides temporary berthing and offices for visiting members of the media and nongovernmental organizations and also houses

the Office of Military Commissions (OMC). The OMC provides legal services for GTMO detainees and facilitates Military Commissions and other legal hearings for detainees.

## 1.3   ASBESTOS SURVEY REPORT ORGANIZATION

MultiMAC JV has prepared this Asbestos Survey Report in compliance with the United States Department of the Navy (Navy) Scope of Work (dated September 8, 2015) and the "Work Plan for Asbestos Surveys, Naval Station Guantanamo Bay" (MultiMAC JV, 2016). Asbestos sampling was performed in accordance with the MultiMAC JV Sampling and Analysis Plan (SAP) dated January 2015, which is part of the Final Work Plan for this study (MultiMAC JV, 2016).

The remainder of this report is organized as follows:

- Section 2, Regulatory Overview

- Section 3, Project Personnel

- Section 4, Asbestos Survey Procedures and Analysis

- Section 5, Asbestos Survey Reports

- Section 6, References

Figures and tables are presented in separate sections following Section 6. Appendix A provides the detailed Asbestos Survey Reports and supporting information for the five buildings surveyed. Appendix B contains copies of the MultiMAC JV survey team asbestos certifications.

## 1.4   DEFINITIONS

Definitions of certain terms used in this report are as generally defined in Title 40 of the *Code of Federal Regulations* (CFR), Part 763.83 (Definitions):

- **Asbestos** is defined as the asbestiform varieties of chrysotile (serpentine), crocidolite (riebeckite), amosite (cummingtonite or grunerite), anthophyllite, tremolite, and actinolite. Asbestos is a naturally occurring silicate mineral with long, thin, fibrous crystals. It poses an environmental and health concern because the inhalation of asbestos fibers can cause serious illnesses, including malignant mesothelioma, lung cancer, and asbestosis (also called pneumoconiosis).

- **Friable** refers to material that, when dry, can be crumbled, pulverized, or reduced to powder by hand pressure. Friable material includes previously non-friable material that, after sustaining damage, can be crumbled, pulverized, or reduced to powder by hand pressure when dry.

- **Non-friable** refers to material that, when dry, cannot be crumbled, pulverized, or reduced to powder by hand pressure.

- **Homogeneous material** is defined an area of surfacing material, thermal system insulation (TSI) material, or miscellaneous material that is uniform in color and texture.

# 2   REGULATORY OVERVIEW

The U.S. Occupational Safety and Health Administration (OSHA) and the U.S. Environmental Protection Agency (EPA) are the regulatory agencies that govern this project. The three primary regulations enforced by agencies that govern various activities relating to ACM (such as inspection, sampling, analysis, assessment, abatement, operation and maintenance, etc.) are as follows:

- Asbestos Hazardous and Emergency Response Act (AHERA) of 1986

- National Emission Standards for Hazardous Air Pollutants (NESHAP)

- Construction and General Industry Standards for Asbestos (as codified by OSHA)

The EPA regulations are included within the NESHAP and AHERA regulations, which are contained in 40 CFR Part 61, Subpart M, and 40 CFR Part 763, Subpart E, respectively.

## 2.1   AHERA (40 CFR PART 763 SUBPART E)

AHERA as implemented by the EPA primarily pertains to assessment and management of ACM in nonprofit schools from kindergarten through 12th grade, including United States Department of Defense (DoD) elementary and secondary schools, because they meet the definition of a "School." AHERA does not apply to training schools for military or civilian personnel. AHERA was designed to identify, evaluate, and control asbestos hazards in public and private schools. The Asbestos School Hazard Abatement Reauthorization Act (ASHARA) of 1992 extended AHERA regulations to cover public and commercial buildings. For this survey, AHERA protocols were used to sample, analyze, and assess suspected ACM. AHERA hazard assessment ranking classifications were applied in this report, and the recommendations provided are in accordance with AHERA-required response actions.

## 2.2   ASBESTOS NESHAP (40 CFR PART 61 SUBPART M)

The National Emission Standard for Asbestos is a subpart to a broader class of Clean Air Act requirements under the NESHAPs. The Asbestos NESHAP is primarily concerned with the application, renovation, demolition, and disposal of ACM. The regulation defines ACM as material containing greater than 1 percent asbestos as measured by polarized light microscopy. The Asbestos NESHAP requirements include:

- Project-specific surveys

- Written notification to prior to renovation or demolition work

- Destructive testing for demolition (or renovation with demolition)

- Wetting of ACM during removal

- Proper disposal of waste, including Waste Shipment Records

## 2.3   OSHA CONSTRUCTION AND GENERAL INDUSTRY STANDARDS FOR ASBESTOS

OSHA's Construction Standard for Asbestos (29 CFR 1926.1101) covers employees engaged in construction and demolition, as well as the following related activities that are likely to involve asbestos exposure: removal, encapsulation, alteration, repair, maintenance, renovation, installation, insulation, spill/emergency cleanup, transportation, storage, and disposal of ACM.

In general, the construction industry standard includes requirements for:

- Training (equivalent to training requirements of AHERA)

- Engineering controls

- Work practices

- "Presumption" that materials contain asbestos unless testing confirms otherwise

- Notification by building owners to employees of the presence of asbestos in their work areas prior to removal

OSHA's General Industry Standard for Asbestos (29 CFR 1910.1001) applies to employees performing maintenance activities that are not associated with construction work, such as custodial and maintenance personnel, who are covered by the general industry standard for asbestos.

Building owners are required to notify employees of the presence of asbestos in their work areas.

## 2.4   HOST COUNTRY REGULATIONS

Although overseas installations are not within the jurisdiction of OSHA and EPA, the regulations described above are applicable to overseas installations because they have been incorporated into Navy policy, specifically Chief of Naval Operations Instruction (OPNAVINST) 5100.23G and Chief of Naval Installations Instruction (CNICINST) 5100.1.

However, for most overseas naval installations, the U.S. government and the host country agree to Final Governing Standards (FGS) that define how laws and regulations are applied to the installation(s) in that country. For environmental and safety regulations, the applicable regulations are compared to that of the host country and the most stringent is applied.

In the case of GTMO, the U.S. and Cuba have not agreed to an FGS. The Platt Amendment (which was integrated into the Cuban Constitution) dictated the terms of the U.S. lease of GTMO. Although most of the Platt Amendment was repealed in 1934, the terms applicable to GTMO remained in place. Per these terms, the U.S. maintains complete regulatory jurisdiction of GTMO and any host country regulations do not apply.

# 3   PROJECT PERSONNEL

The asbestos surveys at GTMO were conducted by the following MultiMAC JV personnel:

- Scott Brown, MultiMAC JV Senior Scientist, Technical Lead

- Dustin Capps, MultiMAC JV Project Engineer, Site Safety and Health Officer

Kim Walden, GTMO Asbestos Program Manager (APM), and Gary Neal, GTMO Facilities Maintenance Department director, served as base liaisons for MultiMAC JV personnel. They helped coordinate the field work, facilitate security access to the base, and provide access to base buildings.

Scott Brown supervised the preparation of this Asbestos Survey Report. All personnel that conducted field work for this project are certified as AHERA Building Inspectors. Appendix B provides copies of certifications and licenses held by the MultiMAC JV survey team personnel.

This page is intentionally blank

# 4   ASBESTOS SURVEY PROCEDURES AND ANALYSIS

MultiMAC JV conducted asbestos surveys and sampling of suspected ACM in five buildings at GTMO from November 28 through December 2, 2016. Table 1 lists the buildings surveyed, including the facility name, building square footage, date of installation, number of building floors, and determination of whether ACM was located within the building based on the asbestos survey.

Section 4.1 discusses survey and sampling procedures and methods.

## 4.1   SURVEY AND SAMPLING PROCEDURES, METHODS, AND ANALYSIS

The following information summarizes the survey and sampling methods used during the field survey at GTMO:

- Field work was performed from November 28, 2016 through December 2, 2016 during business hours (8:00 a.m. to 5:00 p.m.).

- Field personnel coordinated the field schedule with GTMO environmental and OMC personnel to minimize impacts on GTMO personnel and OMC operations during the field surveys and associated ACM sampling tasks.

- A visual walk-through survey of the interior and exterior of each building was conducted to assess the presence, location, and condition of suspected ACM.

- Each homogeneous material of suspected ACM was assigned a consecutive number starting from "001" at each building.

- The quantity of suspected ACM for each sampled homogeneous material was calculated on the basis of the measured dimensions of the area.

- Bulk building material samples were collected for laboratory analysis to confirm the presence of ACM in accordance with the AHERA random sampling scheme (40 CFR Part 763.86). The collection of bulk samples per AHERA was based on the type of material and size of the homogeneous sampling area (HSA). For surfacing materials, the 3-5-7 Rule was followed. The 3-5-7 Rule, as defined by AHERA, dictates that three samples are collected for suspect materials with a quantity less than 1,000 square feet ($ft^2$), five samples for materials between 1,000 $ft^2$ and 5,000 $ft^2$, and seven samples for materials greater than 5,000 $ft^2$. For miscellaneous materials, the inspector collected samples in a manner sufficient to determine whether a friable or non-friable miscellaneous material is an ACM (at a minimum, one sample collected for each HSA).

- Some materials previously labeled as asbestos were not sampled and were assumed to be ACM. These materials are noted as presumed asbestos-containing material (PACM) in Appendix A.

- Locations where asbestos sampling was performed and the homogeneous materials of suspected ACM were documented on the building floor plans.

- Bulk building material samples were sent under chain of custody to Metropolitan Solutions in San Diego, California for analysis. Metropolitan Solutions is a licensed and accredited laboratory under the National Voluntary Laboratory Accreditation Program (NVLAP) administered by the National Institute of Standards and Technology (NIST).

- Bulk building material samples were analyzed for the presence of asbestos using the polarized light microscopy (PLM) method (EPA 600/R-93-116).

Results of asbestos surveys for each building are provided in Appendix A. Table 2 summarizes materials identified as ACM.

# 5   ASBESTOS SURVEY REPORTS

MultiMAC JV has consolidated the asbestos survey and sampling results for each of the five buildings into building-specific asbestos survey reports (Appendix A). Table 2 summarizes the highest concentrations of detected ACM by homogeneous material within the five buildings. Only detected ACM results are presented. If multiple concentrations of ACM were detected for a homogeneous material, only the highest concentration is reported in the table.

The asbestos survey reports for each building are separated by building number tabs for easy reference and contain the following information:

- **Survey Summary –** The Survey Summary describes the building, and provides a building description, survey findings and conclusions, recommendations, and a cost estimate for abatement (if a specific abatement method is recommended).

- **Asbestos Inventory Summary Table –** The asbestos inventory summary includes the following information for buildings from which samples were collected: building number and building identification (ID), inspection date, full asbestos sample ID numbers, homogeneous material numbers and material types, homogeneous material description, sampling locations, estimated quantity of ACM in the homogeneous material, material condition, laboratory results, hazard assessment, removal priority, and general recommended abatement methods (if applicable). Each bulk sample ID number (e.g., NSGB-B0001-A-001) is composed of a 12-digit alpha-numeric code. The first four characters refer to the installation (NS Guantanamo Bay). The next five characters (B0001) indicate the building number where the sample was collected. The next character denotes the material sampled. The letter "A" denotes asbestos. The last three digits of the sample ID are the sequential number starting with number "001" assigned to each sample collected by building.

- **Floor Plans –** MultiMAC JV personnel prepared the floor plans using AutoCAD Civil 3D 2010 for each building surveyed to indicate homogeneous materials, asbestos sampling locations, asbestos analytical results, and the estimated quantity of ACM, if present. The figures follow a ground-to-ceiling designation starting from the floor and working up; because all buildings may not have had suspected material in all construction materials, the following can be used as a general guideline:

  o  Figure A (Floor)

  o  Figure B (Wall/Ceiling)

  o  Figure C (Roof/Exterior), when applicable

- **Laboratory Reports –** Laboratory reports are unabridged sampling analysis reports from the laboratory.

For ACM identified as posing an asbestos hazard to personnel (damaged ACM, friable ACM, materials with high asbestos content, and materials that pose a high potential for exposure to personnel), MultiMAC JV generally recommends removal or abatement of the ACM. For proposed removal or other active abatement (repair, enclosure, etc.), a budgetary cost estimate is provided. In preparing these estimates, MultiMAC JV estimated costs on the basis of unit area removal rates obtained from average industry costs for previous abatement projects. Rates may vary, depending on the materials to be removed and any specialized equipment (e.g., man lifts, scaffolding, confined space entry equipment, etc.) that may be required to complete abatement. For ACM that poses little or no asbestos hazard, inclusion in an asbestos management program is recommended. Hazard assessments are based on the condition of the material, asbestos content, asbestos friability, and accessibility (number of people potentially exposed to the material). Removal priorities are based on the hazard assessment, with particular emphasis on the condition and accessibility factors.

# 6   REFERENCES

MultiMAC Joint Venture (MultiMAC JV). 2016. "Work Plan for Asbestos Surveys, Naval Station Guantanamo Bay" Final. November.

Naval Station Guantanamo Bay, Cuba                                  Asbestos Survey Report

This page is intentionally blank.

Naval Station Guantanamo Bay, Cuba                                    Asbestos Survey Report

# TABLES

Table 1        Buildings Surveyed for Asbestos

Table 2        Summary of Identified Homogeneous Asbestos-Containing Materials

Naval Station Guantanamo Bay, Cuba                                    Asbestos Survey Report

This page is intentionally blank.

**Table 1**
**Buildings Surveyed for Asbestos**

Asbestos Survey Report, Naval Station Guantanamo Bay, Cuba

| Facility Number | Facility Name | Building Square Footage | Year of Construction | ACM Identified in Building? |
|---|---|---|---|---|
| AV29 | Office Military Commissions | 10,210 | 1942 | Yes |
| AV31 | Communications | 3,886 | 1942 | Yes |
| AV32 | McCalla Hangar | 60,227 | 1941 | Yes |
| AV34 | Field Intelligence | 706 | 1936 | Yes |
| AV624 | Migrant Operations Quarters | 16,560 | 1953 | No |

Notes:

ACM = asbestos-containing material

Naval Station Guantanamo Bay, Cuba                                    Asbestos Survey Report

This page is intentionally blank.

Naval Station Guantanamo Bay, Cuba                                          Asbestos Survey Report

**Table 2**
**Summary of Identified Homogeneous Asbestos-Containing Materials[1]**

Asbestos Survey Report, Naval Station Guantanamo Bay, Cuba

| Building No. | Homogeneous Area No. | Material Description | Asbestos Content [2] (% by weight) | Condition | Estimated Quantity (ft² or LF) |
|---|---|---|---|---|---|
| AV29 | HM-11 | 12" White Floor Tile with Brown Streaks and Mastic | <1% Chrysotile (Mastic) | Intact | 228 ft² |
| AV29 | HM-14 | 9" Tan Floor Tile and Mastic | 5% Chrysotile (Tile)  2% Chrysotile (Mastic) | Intact | 5 ft² |
| AV31 | HM-5 | Drywall and Joint Compound | 5% Chrysotile | Intact | 920 ft² |
| AV32 | HM-5 | 12" White Floor Tile with Gray Specks and Mastic | 2% Chrysotile (Mastic) | Significantly Damaged | 86 ft² |
| AV32 | HM-15 | 9" Black Floor Tiles and Mastic | 6% Chrysotile (Floor Tile)  2% Chrysotile (Black Mastic) | Intact | 32 ft² |
| AV34 | HM-17 | 12" White Floor Tile with Brown Specks and Mastic | 4% Chrysotile (Tan Tile Beneath White Tile) | Intact | 761 ft² |
| AV34 | HM-24 | 12" White Floor Tile with Black Specks and Mastic | 6% Chrysotile (Tan Tile Beneath White Tile) | Intact | 580 ft² |
| AV34 | HM-31 | Cementitious Siding | PACM | Intact | 12,004 ft² |

Notes:

1.  Table 2 lists only those buildings with homogeneous materials determined to contain ACM (see Asbestos Summary Reports in Appendix A for complete list of homogeneous materials surveyed).

2.  The highest detection of the HM samples is presented in this table.

% = percent

ft² = square feet

HM = homogeneous material

LF = linear feet

PACM = presumed asbestos-containing material

Naval Station Guantanamo Bay, Cuba                                    Asbestos Survey Report

This page is intentionally blank.

# Appendix A
# ASBESTOS SURVEY REPORTS

This page is intentionally blank

## BUILDING AV29 OFFICE MILITARY COMMISSIONS – SURVEY SUMMARY

### BUILDING DESCRIPTION

Building AV29 is a two-story 10,210-square-foot building constructed in 1942. It is located in the windward section of the base at the former McCalla Field. The building is the headquarters for the Office of Military Commissions.

### ASBESTOS FINDINGS AND CONCLUSIONS

The survey team assigned eighteen (18) homogeneous materials of suspected ACM at this building. Thirty-four (34) samples were collected, one of which was identified as ACM. Analysis of collected samples identified the following homogenous material as ACM:

- 9" Tan Floor Tile and Mastic (HM-14) located in a storage closet beneath the stairwell. The floor tile contains 5% chrysotile and the mastic contains 2% chrysotile.

In addition, analysis of one sample identified material with asbestos content of less than 1%, but not defined as ACM:

- Mastic Beneath 12" White Floor Tile with Brown Streaks (HM-11)

Refer to the Asbestos Inventory Summary for the quantity, condition, and analytical results of the homogeneous materials identified at this building.

### RECOMMENDATIONS

Although the mastic beneath the 12" white floor tile contained only trace amounts of asbestos and is not considered ACM, it is recommended that the material be treated as ACM if the mastic will be impacted by repair, renovation, or demolition activities. Although only one sample of this material was identified as containing trace amounts of asbestos, it is recommended that all mastic beneath this homogeneous material be treated as ACM.

The floor tiles and mastic are in intact (good) condition and currently do not pose a hazard. However, it is recommended that if the material becomes damaged, it should be repaired or removed. Removal of these ACMs is considered Class II OSHA work and repair is considered Class III OSHA work. Both classes of OSHA work must be performed by AHERA (or equivalent) trained workers. Therefore, it is also recommended that this building be included in the installation Asbestos Management Program.

In addition, older building materials that may be ACM could be concealed beneath newer material and/or were inaccessible during the survey. If encountered, these materials should be sampled and analyzed for asbestos before being disturbed by renovation or demolition activities.

Removal cost:

- 9" Tan Floor Tile and Mastic (HM-14) – less than $1,000

This page is intentionally blank.

Naval Station Guantanamo Bay, Cuba                                                    Asbestos Survey Report

## Asbestos Inventory Summary – Building AV29

| Building No.: | AV29 | Inspector: | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|
| **Building Name:** | Office of Military Commissions (OMC) | | | **Building Description:** | OMC Headquarters | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Condition** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** |
| 1 | Mastic under Green Carpet | Good | Non-Friable | NA | NSGB-BAV29-A-001 | Defense Conference Room | 1 | None Detected |
| 2 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-002 | Defense Women's Restroom | 2 | None Detected (Floor Tile) / None Detected (Mastic) |
| 2 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-003 | Room 5 | 2 | None Detected (Floor Tile) / None Detected (Mastic) |
| 3 | 12" Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-004 | Defense Hallway | 2 | None Detected (Floor Tile) / None Detected (Mastic) |
| 3 | 12" Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-005 | Defense Hallway | 2 | None Detected (Floor Tile) / None Detected (Mastic) |
| 4 | 12" Brown Tile Patch and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-006 | Room 4 | 2 | None Detected (Floor Tile) / None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba

Asbestos Survey Report

| Building No.: | AV29 | Inspector: | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | Office of Military Commissions (OMC) | | | Building Description: | OMC Headquarters | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Condition | Sample ID | Location | Sample Layers | Asbestos Content |
| 5 | 6" Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-007 | West Defense Hallway | 2 | None Detected (Covebase) / None Detected (Mastic) |
| 5 | 6" Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-008 | West Defense Hallway | 2 | None Detected (Covebase) / None Detected (Mastic) |
| 6 | 4" Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-009 | Defense Men's Restroom | 2 | None Detected (Covebase) / None Detected (Mastic) |
| 6 | 4" Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-010 | Lobby | 2 | None Detected (Covebase) / None Detected (Mastic) |
| 6 | 4" Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV29-D-010 | Lobby | 2 | None Detected (Covebase) / None Detected (Mastic) |
| 6 | 4" Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-011 | Room 20 | NA | Not Submitted |
| 7 | 12" Brown Floor Tile with White Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-012 | Room 32 | 2 | None Detected (Floor Tile) / None Detected (Mastic) |

| Building No.: | AV29 | Inspector: | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | Office of Military Commissions (OMC) | | | Building Description: | | OMC Headquarters | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Condition | Sample ID | Location | Sample Layers | Asbestos Content |
| 7 | 12" Brown Floor Tile with White Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-013 | Room 18 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 7 | 12" Brown Floor Tile with White Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-014 | Room 18 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 8 | Drywall and Joint Compound | Good | Non-Friable | NA | NSGB-BAV29-A-015 | Room 33 | 1 | None Detected (Drywall) |
| 8 | Drywall and Joint Compound | Good | Non-Friable | NA | NSGB-BAV29-A-016 | Room 27 | 2 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| 8 | Drywall and Joint Compound | Good | Non-Friable | NA | NSGB-BAV29-A-017 | Room 20 | 2 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| 8 | Drywall and Joint Compound | Good | Non-Friable | NA | NSGB-BAV29-A-018 | Room 19 | 2 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |

Naval Station Guantanamo Bay, Cuba                                                                 Asbestos Survey Report

| Building No.: | AV29 | Inspector: | | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | Office of Military Commissions (OMC) | | | | Building Description: | OMC Headquarters | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Condition | Sample ID | Location | Sample Layers | Asbestos Content |
| 8 | Drywall and Joint Compound | Good | Non-Friable | NA | NSGB-BAV29-A-019 | Room 26 | 2 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| 9 | 12" Beige Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-020 | Room 32 | 2 | None Detected (Floor Tile) |
| 9 | 12" Beige Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-D-020 | Room 32 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 10 | 12" Brown with Many Orange Streaks Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-021 | Room 23 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 10 | 12" Brown with Many Orange Streaks Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-022 | Room 1 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 10 | 12" Brown with Many Orange Streaks Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-023 | North End of 1st Deck Hallway | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba                                                    Asbestos Survey Report

| Building No.: | AV29 | Inspector: | | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|---|
| **Building Name:** | Office of Military Commissions (OMC) | | | **Building Description:** | | OMC Headquarters | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Condition** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** |
| 11 | 12" White Floor Tile with Brown Streaks and Mastic | Good | Non-Friable | 228 ft² | NSGB-BAV29-A-024 | Room 27 | 2 | None Detected (Floor Tile) |
| | | | | | | | | **<1% Chrysotile (Mastic)** |
| 11 | 12" White Floor Tile with Brown Streaks and Mastic | Good | Non-Friable | 228 ft² | NSGB-BAV29-A-025 | Room 28 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 12 | HVAC Ducting | Good | Non-Friable | NA | NSGB-BAV29-A-026 | Room 28 | 2 | None Detected (Covering) |
| | | | | | | | | None Detected (Insulation) |
| 13 | Green Stair Tread Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-027 | Room 23 | 1 | None Detected |
| 14 | 9" Tan Floor Tile and Mastic | Good | Non-Friable | 5 ft² | NSGB-BAV29-A-028 | Room 23 Storage Closet | 2 | **5% Chrysotile (Floor Tile)** |
| | | | | | | | | **2% Chrysotile (Mastic)** |
| 15 | 2'x4' Ceiling Panel with Gouges | Good | Non-Friable | NA | NSGB-BAV29-A-029 | Room 19 Server Room | 1 | None Detected |
| 16 | Red Floor Tile Under Carpet | Good | Non-Friable | NA | NSGB-BAV29-A-030 | Room 21 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba                                              Asbestos Survey Report

| Building No.: | AV29 | Inspector: | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | Office of Military Commissions (OMC) | | | Building Description: | OMC Headquarters | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Condition | Sample ID | Location | Sample Layers | Asbestos Content |
| 16 | Red Floor Tile Under Carpet | Good | Non-Friable | NA | NSGB-BAV29-D-030 | Room 21 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 17 | 12" Brown Floor Tile with Few Orange Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-031 | Room 26 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 17 | 12" Brown Floor Tile with Few Orange Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-032 | Room 19 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 17 | 12" Brown Floor Tile with Few Orange Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-033 | Room 22 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |
| 18 | 12" Brown Floor Tile with Few Orange Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV29-A-034 | Room 24 | 2 | None Detected (Floor Tile) |
| | | | | | | | | None Detected (Mastic) |

Notes:

HVAC      heating, ventilation, and air conditioning
Ft²        Square Feet
NA        not applicable



NORTH

APPROXIMATE SCALE

**BUILDING AV29**

FIRST FLOOR PLAN

0    10    20

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | | |
| DATE : | MARCH 2017 | | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
| DRAWN BY : | RMH | | Building AV29 - First Floor | **AV29-1F** |
| CHECKED BY : | SB | | Floor Materials | |

This page is intentionally blank.



OOR PLAN

APPROXIMATE SCALE
NORTH
**BUILDING AV29**
SECOND FLOOR PLAN

A024
A025
68'-6"
16'-10"
CONFERENCE ROOM
T & B   B / T & B
LOCKER ROOM
HEAD
BATH
UTILITY ROOM
ROOF
6'-6"
DWN
H A L L W A Y
1'-4"
STOR.
STOR.
DWN
68'-6"
A012
A020
A034
A021

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
| DATE : | MARCH 2017 | MultiMAC JV | Building AV29 - Second Floor | ***AV29-2F*** |
| DRAWN BY : | RMH | | Floor Materials | |
| CHECKED BY : | SB | | | |

This page is intentionally blank.



R  PLAN

APPROXIMATE SCALE

# BUILDING AV29
FIRST FLOOR PLAN

NORTH

0    10    20

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
| DATE : | MARCH 2017 | | |
| DRAWN BY : | RMH | Building AV29 - First Floor | ***AV29-1W*** |
| CHECKED BY : | SB | Wall Materials | |

MultiMAC JV

This page is intentionally blank.



A015

A016

A017

A009

68'-6"

16'-10"

CONFERENCE ROOM

T & B | T & B | T & B

T & B | T & B

HEAD

LOCKER ROOM

BATH

UTILITY ROOM

6'-6"

DWN

H   A   L   L   W   A   Y

STOR.

STOR.

DWN

ROOF

17'-4"

68'-6"

OOR PLAN

APPROXIMATE SCALE

**BUILDING AV29**

SECOND FLOOR PLAN

NORTH

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 |
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

MultiMAC JV

**Naval Station Guantanamo Bay, Cuba**

Building AV29 - Second Floor
Wall Materials

FIGURE

**AV29-2W**

This page is intentionally blank.



APPROXIMATE SCALE

# BUILDING AV29
FIRST FLOOR PLAN

NORTH

0    10    20

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 |
|---|---|
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

MultiMACjv

**Naval Station Guantanamo Bay, Cuba**

Building AV29 - First Floor
Ceiling Materials

FIGURE

**AV29-1C**

This page is intentionally blank.



A026

68'-6"

16'-10"

CONFERENCE ROOM

T & B   T & B

T & B   T & B

DWN

6'-6"

H   A   L   L   W   A   Y

LOCKER ROOM

HEAD

BATH

UTILITY ROOM

STOR.

DWN

1'-4"

68'-6"

R   O   O   F

OOR PLAN

APPROXIMATE SCALE

**BUILDING AV29**

NORTH   SECOND FLOOR PLAN

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
| DATE : | MARCH 2017 | MultiMAC JV | | |
| DRAWN BY : | RMH | | Building AV29 - Second Floor | ***AV29-2C*** |
| CHECKED BY : | SB | | Ceiling Materials | |

This page is intentionally blank.

# BUILDING AV29

HM001 - Mastic under Green Carpet

HM002 - 12" White Mottled Floor Tile and Mastic

HM003 - 12" Tan Mottled Floor Tile and Mastic

HM004 - 12" Brown Tile Patch and Mastic

HM005 - 6" Covebase and Mastic

HM006 - 4" Covebase and Mastic

HM007 - 12" Brown Floor Tile with White Streaks and Mastic

HM008 - Drywall and Joint Compound

HM009 - 12" Beige Mottled Floor Tile and Mastic

HM010 - 12" Brown with many Orange Streaks Floor Tile and Mastic

HM011 - 12" White Floor Tile with Brown Streaks and Mastic

HM012 - HVAC Ducting

HM013 - Green Stair Tread Mastic

HM014 - 9" Tan Floor Tile and Mastic

HM015 - 2'x4' Ceiling Panel with Gouges

HM016 - Red Floor Tile under Carpet

HM017 - 12" Brown Floor Tile with few Orange Streaks and Mastic

HM018 - 12" Gray Mottled Floor Tile Patch and Mastic

HM = Homogeneous Material

A = Asbestos

A001   Sample Location

| PROJECT NO. : 5023-16-0030 | | Naval Station Guantanamo Bay, Cuba | FIGURE |
|---|---|---|---|
| DATE : MARCH 2017 | | | |
| DRAWN BY : RMH |  | LEGEND | AV29 |
| CHECKED BY : SB | | | |

This page is intentionally blank.



# METROPOLITAN SOLUTIONS

*Business Solutions for Environmental Problems*

## Laboratory Information

| | |
|---|---|
| **METRO REPORT NUMBER** | 17031572 KME |
| **REPORT DATE** | 3/17/2017 |
| **TYPE of ANALYSIS** | **Asbestos Bulk PLM** |
| **BASIS for ANALYSIS** | **EPA 600/R-93/116** |
| **CA ELAP Certification Number** | **2985** |

## Client Information

| | |
|---|---|
| **Client** | MultiMAC Joint Venture<br>9177 Sky Park Court<br>San Diego, CA 92123 |
| **Project Title** | Lant Asbestos |
| **Project Number/Location** | 5023150030/ NB Guantanamo Bay |
| **Req/Item or Other Identifier** | Building #AV29 |
| **Purchase Order Number** | 000515 |
| **Turnaround Time** | 1 DAY |
| **Date/Time Sampled** | 12/1/2016 |
| **Date/Time Received** | 3/15/2017 |
| **Date/Time Analyzed** | 3/17/2017 |
| **Number of Samples** | 38 |
| **Sampler** | Scott Brown |

## DISCLAIMERS/ General Info

The report shall only be reproduced in full unless consent for partial reporting is granted from the laboratory.

This report is confidential and intended only for the organization requesting analyses.

The reporting limit is a lab determined value that represents the lowest validated containment concentration. It is affected by the analytical capabilities of the method, the equipment, and the amount of sample tested .

Unless otherwise noted below, 1) All quality control results associated with each sample set were within acceptable ranges, 2) All samples were received in acceptable condition, 3) results for all solid matrices are reported "as received"; 4) Results are corrected for instrument blanks; 5) BRL= Below Reporting Limit.

Unused sample material will be disposed of after 14 days.

## Additional Comments

Analyses subcontracted to San Air

I certify that these data are in compliance both technically and for completeness

*Joseph Evans*

**Metropolitan Solutions Laboratory Director**

| CA | VA | WA | FL |
|---|---|---|---|
| 2500 Hoover Ave Ste. G | 1420 Chestnut Avenue | 423 Pacific Ave. Suite 105 | 400 Levy Street |
| National City CA 91950 | Portsmouth VA 23704 | Bremerton WA 98337 | Atlantic Beach FL 32233 |
| 619.333.2445 | 757.853.4000 | 360.799.5699 | 904.320.0011 |

This page is intentionally blank.

# SanAir Technologies Laboratory

## Analysis Report

### prepared for

## Metropolitan Solutions Inc

**Report Date: 3/17/2017**
**Project Name: Lant Asbestos NB**
**Guantanamo Bay 5023150030**
**Project #: 17031572 KME**
**SanAir ID#: 17009320**








NVLAP LAB CODE 200870-0    Certification # 652931    License # LAB0166

**804.897.1177    www.sanair.com**



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com      E-mail: iaq@sanair.com

Metropolitan Solutions Inc
1420 Chestnut Street
Portsmouth, VA   23704

March 17, 2017

SanAir ID #          17009320
Project Name:      Lant Asbestos NB Guantanamo Bay 5023150030
Project Number:    17031572 KME

Dear Joseph Evans,

We at SanAir would like to thank you for the work you recently submitted. The 37 sample(s) were received on Thursday, March 16, 2017 via FedEx.  The final report(s) is enclosed for the following sample(s): NSGB-BAV29-A-001, NSGB-BAV29-A-002, NSGB-BAV29-A-003, NSGB-BAV29-A-004, NSGB-BAV29-A-005, NSGB-BAV29-A-006, NSGB-BAV29-A-007, NSGB-BAV29-A-008, NSGB-BAV29-A-009, NSGB-BAV29-A-010, NSGB-BAV29-D-010, NSGB-BAV29-A-012, NSGB-BAV29-A-013, NSGB-BAV29-A-014, NSGB-BAV29-A-015, NSGB-BAV29-A-016, NSGB-BAV29-A-017, NSGB-BAV29-A-018, NSGB-BAV29-A-019, NSGB-BAV29-A-020, NSGB-BAV29-D-020, NSGB-BAV29-A-021, NSGB-BAV29-A-022, NSGB-BAV29-A-023, NSGB-BAV29-A-024, NSGB-BAV29-A-025, NSGB-BAV29-A-026, NSGB-BAV29-A-027, NSGB-BAV29-A-028, NSGB-BAV29-A-029, NSGB-BAV29-A-030, NSGB-BAV29-D-030, NSGB-BAV29-A-031, NSGB-BAV29-A-032, NSGB-BAV29-A-033, NSGB-BAV29-A-034.  The following sample(s) were unusable and were not tested: NSGB-BAV29-A-011.

These results only pertain to this job and should not be used in the interpretation of any other job. This report is only complete in its entirety. Refer to the listing below of the pages included in a complete final report.

Sincerely,

Sandra Sobrino
Asbestos & Materials Laboratory Manager
SanAir Technologies Laboratory

Final Report Includes:
    - Cover Letter
- Analysis Pages
- Disclaimers and Additional Information

sample conditions:
    32 sample(s) in Good condition      4 sample(s) in Layer Missing condition      1 sample(s) in



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

Sample ID Number

**17009320**

**FINAL REPORT**

| | |
|---|---|
| **Name:** | Metropolitan Solutions Inc |
| **Address:** | 1420 Chestnut Street |
| | Portsmouth, VA 23704 |

| | |
|---|---|
| **Project Number:** | 17031572 KME |
| **P.O. Number:** | 2017-1282 |
| **Project Name:** | Lant Asbestos NB Guantanamo Bay 5023150030 |
| | |
| **Collected Date:** | 12/1/2016 |
| **Received Date:** | 3/16/2017 10:35:00 AM |
| **Report Date:** | 3/17/2017 10:01:56 AM |
| **Analyst:** | Childress, Susan |

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-001 / 17009320-001 Mastic Under Carpet | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-002 / 17009320-002 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-002 / 17009320-002 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-003 / 17009320-003 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-003 / 17009320-003 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-004 / 17009320-004 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-004 / 17009320-004 12" Floor Tile And Mastic, Mastic | Tan Non-Fibrous Heterogeneous | 3% Cellulose | 97% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-005 / 17009320-005 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-005 / 17009320-005 12" Floor Tile And Mastic, Mastic | | | | Not Submitted |

## Certification

| | | |
|---|---|---|
| Analyst: Susan P. Childress | Approved Signatory: | |
| Analysis Date: 3/17/2017 | Date: 3/17/2017 | Page 3 of 13 |



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

SanAir ID Number

## 17009320

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031572 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/17/2017 10:01:56 AM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-006 / 17009320-006 12" Tile Patch And Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-006 / 17009320-006 12" Tile Patch And Mastic, Mastic | Tan Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-007 / 17009320-007 6" Covebase And Mastic, Covebase | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-007 / 17009320-007 6" Covebase And Mastic, Mastic | Yellow Non-Fibrous Heterogeneous | 3% Cellulose | 97% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-008 / 17009320-008 6" Covebase And Mastic, Covebase | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-008 / 17009320-008 6" Covebase And Mastic, Mastic | Yellow Non-Fibrous Heterogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-009 / 17009320-009 4" Covebase And Mastic, Covebase | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-009 / 17009320-009 4" Covebase And Mastic, Mastic | White Non-Fibrous Heterogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-010 / 17009320-010 4" Covebase And Mastic, Covebase | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-010 / 17009320-010 4" Covebase And Mastic, Mastic | White Non-Fibrous Heterogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/17/2017

Approved Signatory: _[signature]_

Date: 3/17/2017

Page 4 of 13



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

**SanAir ID Number**

**17009320**

**FINAL REPORT**

| | | | |
|---|---|---|---|
| **Name:** | Metropolitan Solutions Inc | **Project Number:** | 17031572 KME |
| **Address:** | 1420 Chestnut Street | **P.O. Number:** | 2017-1282 |
| | Portsmouth, VA 23704 | **Project Name:** | Lant Asbestos NB Guantanamo Bay 5023150030 |
| | | **Collected Date:** | 12/1/2016 |
| | | **Received Date:** | 3/16/2017 10:35:00 AM |
| | | **Report Date:** | 3/17/2017 10:01:56 AM |
| | | **Analyst:** | Childress, Susan |

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-D-010 / 17009320-011 4" Covebase And Mastic, Covebase | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-D-010 / 17009320-011 4" Covebase And Mastic, Mastic | White Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-011 / 17009320-012 4" Covebase And Mastic | | | | Not Submitted |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-012 / 17009320-013 12" Floor Tile With Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-012 / 17009320-013 12" Floor Tile With Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-013 / 17009320-014 12" Floor Tile With Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-013 / 17009320-014 12" Floor Tile With Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-014 / 17009320-015 12" Floor Tile With Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-014 / 17009320-015 12" Floor Tile With Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/17/2017

Approved Signatory: _[signature]_

Date: 3/17/2017

Page 5 of 13



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

**SanAir ID Number**

**17009320**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031572 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/17/2017 10:01:56 AM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-015 / 17009320-016 Drywall And Joint Compound, Drywall | White Non-Fibrous Homogeneous | 10% Cellulose 2% Glass | 88% Other | None Detected |
| NSGB-BAV29-A-015 / 17009320-016 Drywall And Joint Compound, Joint Compound | | | | Not Submitted |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-016 / 17009320-017 Drywall And Joint Compound, Drywall | Grey Non-Fibrous Homogeneous | 10% Cellulose 2% Glass | 88% Other | None Detected |
| NSGB-BAV29-A-016 / 17009320-017 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-017 / 17009320-018 Drywall And Joint Compound, Drywall | White Non-Fibrous Homogeneous | 10% Cellulose 2% Glass | 88% Other | None Detected |
| NSGB-BAV29-A-017 / 17009320-018 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-018 / 17009320-019 Drywall And Joint Compound, Drywall | White Non-Fibrous Homogeneous | 10% Cellulose 2% Glass | 88% Other | None Detected |
| NSGB-BAV29-A-018 / 17009320-019 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-019 / 17009320-020 Drywall And Joint Compound, Drywall | White Non-Fibrous Homogeneous | 10% Cellulose 2% Glass | 88% Other | None Detected |
| NSGB-BAV29-A-019 / 17009320-020 Drywall And Joint Compound, Joint Compound | | | | Not Submitted |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/17/2017

Approved Signatory: _[signature]_

Date: 3/17/2017

Page 6 of 13



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

Sample ID Number

**17009320**

**FINAL REPORT**

| | |
|---|---|
| **Name:** Metropolitan Solutions Inc | **Project Number:** 17031572 KME |
| **Address:** 1420 Chestnut Street | **P.O. Number:** 2017-1282 |
| Portsmouth, VA  23704 | **Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030 |

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/17/2017 10:01:56 AM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-020 / 17009320-021 12" Floor Tile And Mastic, Floor Tile | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-020 / 17009320-021 12" Floor Tile And Mastic, Mastic | Tan Non-Fibrous Heterogeneous | 3% Cellulose | 97% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-D-020 / 17009320-022 12" Floor Tile And Mastic, Floor Tile | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-D-020 / 17009320-022 12" Floor Tile And Mastic, Mastic | Tan Non-Fibrous Heterogeneous | 2% Cellulose 2% Glass | 96% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-021 / 17009320-023 12" Floor Tile And Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-021 / 17009320-023 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-022 / 17009320-024 12" Floor Tile And Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-022 / 17009320-024 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-023 / 17009320-025 12" Floor Tile And Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-023 / 17009320-025 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/17/2017

Approved Signatory: _[signature]_

Date: 3/17/2017

Page 7 of 13


# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**Sample ID Number**

**17009320**

**FINAL REPORT**

| | |
|---|---|
| **Name:** Metropolitan Solutions Inc | **Project Number:** 17031572 KME |
| **Address:** 1420 Chestnut Street | **P.O. Number:** 2017-1282 |
| Portsmouth, VA  23704 | **Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030 |
| | **Collected Date:** 12/1/2016 |
| | **Received Date:** 3/16/2017 10:35:00 AM |
| | **Report Date:** 3/17/2017 10:01:56 AM |
| | **Analyst:** Childress, Susan |

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-024 / 17009320-026 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-024 / 17009320-026 12" Floor Tile And Mastic, Mastic | Various Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | < 1% Chrysotile |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-025 / 17009320-027 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-025 / 17009320-027 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-026 / 17009320-028 HVAC Ducting, Cover | White Non-Fibrous Heterogeneous | 20% Cellulose 10% Glass | 70% Other | None Detected |
| NSGB-BAV29-A-026 / 17009320-028 HVAC Ducting, Insulation | Yellow Fibrous Homogeneous | 95% Glass | 5% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-027 / 17009320-029 Stairtread Mastic | Tan Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-028 / 17009320-030 9" Floor Tile And Mastic, Floor Tile | Black Non-Fibrous Homogeneous | | 95% Other | 5% Chrysotile |
| NSGB-BAV29-A-028 / 17009320-030 9" Floor Tile And Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 96% Other | 2% Chrysotile |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/17/2017

Approved Signatory: _[signature]_

Date: 3/17/2017

Page 8 of 13



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**Sample ID Number**

**17009320**

**FINAL REPORT**

Name: Metropolitan Solutions Inc
Address: 1420 Chestnut Street
Portsmouth, VA 23704

Project Number: 17031572 KME
P.O. Number: 2017-1282
Project Name: Lant Asbestos NB Guantanamo Bay 5023150030

Collected Date: 12/1/2016
Received Date: 3/16/2017 10:35:00 AM
Report Date: 3/17/2017 10:01:56 AM
Analyst: Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-029 / 17009320-031 2'x4' Ceiling Panel | White Fibrous Homogeneous | 50% Cellulose 10% Glass | 40% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-030 / 17009320-032 Floor Tile Under Carpet, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-030 / 17009320-032 Floor Tile Under Carpet, Mastic | Tan Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-D-030 / 17009320-033 Floor Tile Under Carpet, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-D-030 / 17009320-033 Floor Tile Under Carpet, Mastic | Tan Non-Fibrous Heterogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-031 / 17009320-034 12" Floor Tile And Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-031 / 17009320-034 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-032 / 17009320-035 12" Floor Tile And Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-032 / 17009320-035 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

## Certification

Analyst: *Susan P. Childress*
Analysis Date: 3/17/2017

Approved Signatory: *[signature]*
Date: 3/17/2017

Page 9 of 13



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

Sample ID Number

**17009320**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031572 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/17/2017 10:01:56 AM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-033 / 17009320-036 12" Floor Tile And Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-033 / 17009320-036 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Heterogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV29-A-034 / 17009320-037 12" Tile Patch And Mastic, Patch | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV29-A-034 / 17009320-037 12" Tile Patch And Mastic, Mastic | | | | Not Submitted |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/17/2017

Approved Signatory: _[signature]_

Date: 3/17/2017

Page 10 of 13

## Disclaimer

The final report cannot be reproduced, except in full, without written authorization from SanAir. Fibers smaller than 5 microns cannot be seen with this method due to scope limitations. The accuracy of the results is dependent upon the clients sampling procedure and information provided to the laboratory by the client. SanAir assumes no responsibility for the sampling procedure and will provide evaluation reports based solely on the sample and information provided by the client. This report may not be used by the client to claim product endorsement by NVLAP or any other agency of the U.S. government.

For NY state samples, method EPA 600/M4-82-020 is performed.

Polarized- light microscopy is not consistently reliable in detecting asbestos in floor covering and similar non-friable organically bound materials. Quantitative transmission electron microscopy is currently the only method that can be used to determine if this material can be considered or treated as non-asbestos containing.

NY ELAP lab ID 11983

This page is intentionally blank.

## CHAIN OF CUSTODY

17031572 KME

| Client: MultiMAC Joint Venture | TURNAROUND | | TEST | | REPORT #: |
|---|---|---|---|---|---|
| Address: 9177 Sky Park Court | URGENT <6 Hours* | | Asbestos PCM/ TEM (Air) | | |
| City, State, Zip: San Diego | Same Day Rush* | | Asbestos PLM (Solid) | X | |
| California, 92123 | 1 Day Rush* | | Metals in Air | | **METROPOLITAN SOLUTIONS** |
| Contact: Scott Brown | 1 Day | | Metals in Wipe | | 2500 Hoover Avenue, Suite G |
| Phone: 858-514-7724 | 2 Day | | Metal in Soil | | National City, CA 91950 |
| Mobile: 619-315-7245 | 3 Day | | Metal in Paint | | |
| Project Name: Lant Asbestos | x | 5 Day | Metals in Water | | Phone: 619-333-2445 |
| Location: NB Guantanamo Bay | Other: | | TCLP RCRA 8 | | |
| | Urgent Night/Weekend* | | Mecury Soil/ Water | | www.metrosolutionsusa.com |
| Project #: 5023150030.****.**** | * SEE BELOW; Must be scheduled in advance or confirmed upon receipt | | Other: | | |
| P.O. #: 000515 | | | | | |
| Other: None | | | | | |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV29-A-001 | AV29 | Mastic under Green Carpet | 12/01/16 | None |
| | NSGB-BAV29-A-002 | AV29 | 12" White Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-003 | AV29 | 12" White Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-004 | AV29 | 12" Tan Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-005 | AV29 | 12" Tan Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-006 | AV29 | 12" Brown Tile Patch and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-007 | AV29 | 6" Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-008 | AV29 | 6" Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-009 | AV29 | 4" Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-010 | AV29 | 4" Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV29-D-010 | AV29 | 4" Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-011 | AV29 | 4" Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-012 | AV29 | 12" Brown Floor Tile with white streaks and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-013 | AV29 | 12" Brown Floor Tile with white streaks and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-014 | AV29 | 12" Brown Floor Tile with white streaks and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-015 | AV29 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV29-A-016 | AV29 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV29-A-017 | AV29 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV29-A-018 | AV29 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV29-A-019 | AV29 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV29-A-020 | AV29 | 12" Beige Mottled Floor Tile and Mastic | 12/01/16 | None |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV29-D-020 | AV29 | 12" Beige Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-021 | AV29 | 12" Brown with lots of orange streaks Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-022 | AV29 | 12" Brown with lots of orange streaks Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-023 | AV29 | 12" Brown with lots of orange streaks Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-024 | AV29 | 12" White Floor Tile with Brown Streaks and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-025 | AV29 | 12" White Floor Tile with Brown Streaks and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-026 | AV29 | HVAC Ducting | 12/01/16 | None |
| | NSGB-BAV29-A-027 | AV29 | Green Stairtread mastic | 12/01/16 | None |
| | NSGB-BAV29-A-028 | AV29 | 9" Tan Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV29-A-029 | AV29 | 2'x4' Ceiling Panel with gouges | 12/01/16 | None |
| | NSGB-BAV29-A-030 | AV29 | Red Floor Tile Under Carpet | 12/01/16 | None |
| | NSGB-BAV29-D-030 | AV29 | Red Floor Tile Under Carpet | 12/01/16 | None |
| | NSGB-BAV29-A-031 | AV29 | 12" Brown floor tile with few orange streaks and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-032 | AV29 | 12" Brown floor tile with few orange streaks and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-033 | AV29 | 12" Brown floor tile with few orange streaks and mastic | 12/01/16 | None |
| | NSGB-BAV29-A-034 | AV29 | 12" Gray mottled Tile patch and mastic | 12/01/16 | None |

**REMARKS:** Please e-mail results to scott.brown@amecfw.com

| Sampled By (Print): | Scott Brown | | | Signature: | | | | Date: | 12/01/16 | Time: | 12:00 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Relinquished By: | | Date: | | Time: | | Received By: | | Date: | 3|15|17 | Time: | 1:00 |
| Relinquished By: | | Date: | | Time: | | Received By: | | Date: | | Time: | |

Chain of Custody documentation continued internally within laboratory.

*All special turnaround reporting requests require lab approval to ensure capabilities available to meet request.

**Urgent** - Sample reported in less than 6 hours or requires night (beyond 5pm) or weekend lab operations.

**Same Day Rush** - Sample reported by 4pm same day if received into lab by 10am.

**One Day Rush** - Sample reported by NOON the next business day if received by 4pm.

**One Day** - Sample reported by end of next business day.

## BUILDING AV31 COMMUNICATIONS – SURVEY SUMMARY

### BUILDING DESCRIPTION

Building AV31 is a two-story 3,886-square-foot building constructed in 1942. It is located in the windward section of the base at the former McCalla Field. The building is an office and storage building for the Office of Military Commissions security detachment.

### ASBESTOS FINDINGS AND CONCLUSIONS

The survey team assigned nine (9) homogeneous materials of suspected ACM at this building. Twenty (20) samples were collected, three (3) of which were identified as ACM. Analysis of collected samples identified the following homogenous material as ACM:

- Drywall and Joint Compound (HM-5). The compound contains 5% chrysotile.

Refer to the Asbestos Inventory Summary for the quantity, condition, and analytical results of the homogeneous materials identified at this building.

### RECOMMENDATIONS

The drywall and joint compound is in intact (good) condition and currently does not pose a hazard. However, it is recommended that if the material becomes damaged, it should be repaired or removed. Removal of this ACM is considered Class II OSHA work and repair is considered Class III OSHA work. Both classes of OSHA work must be performed by AHERA (or equivalent) trained workers. Therefore, it is also recommended that this building be included in the installation Asbestos Management Program.

In addition, older building materials that may be ACM could be concealed beneath newer material and/or were inaccessible during the survey. If encountered, these materials should be sampled and analyzed for asbestos before being disturbed by renovation or demolition activities.

Removal cost:

- Drywall and Joint Compound (HM-5): $11,000 – $15,000

This page is intentionally blank.

Naval Station Guantanamo Bay, Cuba                                                    Asbestos Survey Report

## Asbestos Inventory Summary – Building AV31

| Building No.: | AV31 | Inspector: | Scott Brown | | | | Survey Date: | 11-28-16 |
|---|---|---|---|---|---|---|---|---|
| **Building Name:** | Communications | | | | **Building Description:** | Camp Justice Security | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** |
| 1 | 12" Tan Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV31-A-001 | Entry of Room 2 Office | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 1 | 12" Tan Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV31-A-002 | Exit of Room 2 Office | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 1 | 12" Tan Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV31-A-003 | North Corner of Room 2 Office | 3 | None Detected (Tile) |
| | | | | | | | | None Detected (Tan Mastic) |
| | | | | | | | | None Detected (Black Mastic) |
| 2 | 12" Acoustic Ceiling Tile with Holes and Mastic | Good | Friable | NA | NSGB-BAV31-A-004 | Room 1 Inside Entry | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 2 | 12" Acoustic Ceiling Tile with Holes and Mastic | Good | Friable | NA | NSGB-BAV31-A-005 | Room 1 West Side | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba                                                    Asbestos Survey Report

| Building No.: | AV31 | Inspector: | | Scott Brown | | | Survey Date: | 11-28-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | | Communications | | | Building Description: | Camp Justice Security | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 2 | 12" Acoustic Ceiling Tile with Holes and Mastic | Good | Friable | NA | NSGB-BAV31-A-006 | Room 3 North Side | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 3 | 12" Acoustic Ceiling Tile with Worms | Good | Friable | NA | NSGB-BAV31-A-007 | Room 2 Inside Entry | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 3 | 12" Acoustic Ceiling Tile with Worms | Good | Friable | NA | NSGB-BAV31-A-008 | Room 2 Northeast Corner | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 3 | 12" Acoustic Ceiling Tile with Worms | Good | Friable | NA | NSGB-BAV31-A-009 | Room 2 Near North Wall | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 4 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV31-A-010 | Entry of Room 2 Office | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 4 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV31-D-010 | Entry of Room 2 Office | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba                                                                 Asbestos Survey Report

| Building No.: | AV31 | Inspector: | Scott Brown | | | | | Survey Date: | 11-28-16 |
|---|---|---|---|---|---|---|---|---|---|
| **Building Name:** | Communications | | | | | **Building Description:** | Camp Justice Security | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** | |
| 4 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV31-A-011 | Room 2 Office-North Corner | 2 | None Detected (Covebase) / None Detected (Mastic) | |
| 4 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV31-A-012 | Room 2 Office West wall | 1 | None Detected | |
| 5 | Drywall and Joint Compound | Good | Friable | 32 ft$^2$ | NSGB-BAV31-A-013 | Room 1 North Wall | 1 | **5% Chrysotile** | |
| 5 | Drywall and Joint Compound | Good | Friable | 32 ft$^2$ | NSGB-BAV31-A-014 | Room 2 North Wall | 1 | **5% Chrysotile** | |
| 5 | Drywall and Joint Compound | Good | Friable | 32 ft$^2$ | NSGB-BAV31-A-015 | Room 3 North Wall | 1 | **5% Chrysotile** | |
| 6 | HVAC Duct Wrap | Good | Non-Friable | NA | NSGB-BAV31-A-016 | Room 1 | 1 | None Detected | |
| 7 | HVAC Duct Mastic | Good | Non-Friable | NA | NSGB-BAV31-A-017 | Room 2 Office | 1 | None Detected | |
| 7 | HVAC Duct Mastic | Good | Non-Friable | NA | NSGB-BAV31-A-018 | Room 2 Office | 1 | None Detected | |
| 8 | Pipe Wrap | Good | Non-Friable | NA | NSGB-BAV31-A-019 | Room 3 Above Sink | 1 | None Detected | |

| Building No.: | AV31 | Inspector: | Scott Brown | | | | Survey Date: | 11-28-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | Communications | | | | Building Description: | Camp Justice Security | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 9 | Runway Expansion Joint | Good | Non-Friable | NA | NSGB-BAV31-A-020 | East Exterior | 1 | None Detected |
| 9 | Runway Expansion Joint | Good | Non-Friable | NA | NSGB-BAV31-D-020 | East Exterior | 1 | None Detected |

Notes

Ft²    Square Feet

NA    Not Applicable



FIRST FLOOR PLAN
SCALE 1/4"= 1'-0"

APPROXIMATE SCALE
BUILDING AV31
FIRST FLOOR PLAN

NORTH

0    10    20

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | Naval Station Guantanamo Bay, Cuba | FIGURE |
| DATE : | MARCH 2017 | | |
| DRAWN BY : | RMH | Building AV31 - First Floor | AV31-1F |
| CHECKED BY : | SB | Floor Materials | |

MultiMAC JV

This page is intentionally blank.



FIRST FLOOR PLAN
SCALE 1/4" = 1'-0"

NORTH

APPROXIMATE SCALE
BUILDING AV31
FIRST FLOOR PLAN

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 |
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

Naval Station Guantanamo Bay, Cuba

Building AV31 - First Floor
Wall Materials

FIGURE

AV31-1W

MultiMAC JV

This page is intentionally blank.



FIRST FLOOR PLAN
SCALE 1/4"= 1'-0"

APPROXIMATE SCALE
**BUILDING AV31**
FIRST FLOOR PLAN

NORTH

0     10     20

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | | FIGURE |
|---|---|---|---|---|
| DATE : | MARCH 2017 | MultiMAC JV | **Naval Station Guantanamo Bay, Cuba** | |
| DRAWN BY : | RMH | | Building AV31 - First Floor | ***AV31-1C*** |
| CHECKED BY : | SB | | Ceiling Materials | |

Labels on plan: A017, A008, A018, A007, A016, A004, A006, A009, A005

3-8'X8' SLIDING CHART BOARDS
FOR DETAILS ON CONFERENCE TABLE REFER TO SHEET NO 2
4-4'X8' SLIDING CHART BOARDS
FOR DETAILS ON SLIDING CHART BOARDS REFER TO SHEET NO 2
3- 8'X8' SLIDING CHART BOARDS
EXISTING TRAVERSE CABLE
NEW METAL LADDER SEE ABOVE PLAN
UP
25'-0"

This page is intentionally blank.

# BUILDING AV31

HM001 - 12" Tan Floor Tile and Mastic

HM002 - 12" Acoustic Ceiling Tile with Holes and Mastic

HM003 -12" Acoustic Ceiling Tile with Worms

HM004 - Black Basecove Mastic

HM005 - Drywall and Joint Compound

HM006 - HVAC Duct Wrap

HM007 - HVAC Duct Mastic

HM008 - Pipe Wrap

HM009 - Runway Expansion Joint

HM = Homogeneous Material

A = Asbestos

A001   Sample Location

| PROJECT NO. : 5023-16-0030 | | |
|---|---|---|
| DATE : MARCH 2017 | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
| DRAWN BY : RMH | | |
| CHECKED BY : SB | LEGEND | **AV31** |



This page is intentionally blank.



# METROPOLITAN SOLUTIONS

*Business Solutions for Environmental Problems*

## Laboratory Information

| | |
|---|---|
| **METRO REPORT NUMBER** | 17031570 KME |
| **REPORT DATE** | 3/17/2017 |
| **TYPE of ANALYSIS** | **Asbestos Bulk PLM** |
| **BASIS for ANALYSIS** | **EPA 600/R-93/116** |
| **CA ELAP Certification Number** | **2985** |

## Client Information

| | |
|---|---|
| **Client** | MultiMAC Joint Venture<br>9177 Sky Park Court<br>San Diego, CA 92123 |
| **Project Title** | Lant Asbestos |
| **Project Number/Location** | 5023150030/ NB Guantanamo Bay |
| **Req/Item or Other Identifier** | Building #AV31 |
| **Purchase Order Number** | 516 |
| **Turnaround Time** | 1 DAY |
| **Date/Time Sampled** | 11/28/2016 |
| **Date/Time Received** | 3/15/2017 |
| **Date/Time Analyzed** | 3/16/2017 |
| **Number of Samples** | 22 |
| **Sampler** | Scott Brown |

## DISCLAIMERS/ General Info

The report shall only be reproduced in full unless consent for partial reporting is granted from the laboratory.

This report is confidential and intended only for the organization requesting analyses.

The reporting limit is a lab determined value that represents the lowest validated containment concentration. It is affected by the analytical capabilities of the method, the equipment, and the amount of sample tested .

Unless otherwise noted below, 1) All quality control results associated with each sample set were within acceptable ranges, 2) All samples were received in acceptable condition, 3) results for all solid matrices are reported "as received"; 4) Results are corrected for instrument blanks; 5) BRL= Below Reporting Limit.

Unused sample material will be disposed of after 14 days.

## Additional Comments

Analyses subcontracted to San Air

I certify that these data are in compliance both technically and for completeness

*Joseph Evans*

**Metropolitan Solutions Laboratory Director**

| CA | VA | WA | FL |
|---|---|---|---|
| 2500 Hoover Ave Ste. G | 1420 Chestnut Avenue | 423 Pacific Ave. Suite 105 | 400 Levy Street |
| National City CA 91950 | Portsmouth VA 23704 | Bremerton WA 98337 | Atlantic Beach FL 32233 |
| 619.333.2445 | 757.853.4000 | 360.799.5699 | 904.320.0011 |

This page is intentionally blank.

# SanAir Technologies Laboratory

## Analysis Report

prepared for

## Metropolitan Solutions Inc

**Report Date: 3/16/2017**
**Project Name: Lant Asbestos NB**
**Guantanamo Bay 5023150030**
**Project #: 17031570 KME**
**SanAir ID#: 17009324**


NVLAP LAB CODE 200870-0


Virginia SBE
Certification # 652931


Texas
Licensed
Mold Analysis
Laboratory
License # LAB0166


SanAir
Technologies Laboratory

**804.897.1177    www.sanair.com**



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**Metropolitan Solutions Inc**
**1420 Chestnut Street**
**Portsmouth, VA  23704**

March 16, 2017

SanAir ID #          17009324
Project Name:     Lant Asbestos NB Guantanamo Bay 5023150030
Project Number:   17031570 KME

Dear Joseph Evans,

We at SanAir would like to thank you for the work you recently submitted. The 22 sample(s) were received on Thursday, March 16, 2017 via FedEx.  The final report(s) is enclosed for the following sample(s): NSGB-BAV31-A-001, NSGB-BAV31-A-002, NSGB-BAV31-A-003, NSGB-BAV31-A-004, NSGB-BAV31-A-005, NSGB-BAV31-A-006, NSGB-BAV31-A-007, NSGB-BAV31-A-008, NSGB-BAV31-A-009, NSGB-BAV31-A-010, NSGB-BAV31-D-010, NSGB-BAV31-A-011, NSGB-BAV31-A-012, NSGB-BAV31-A-013, NSGB-BAV31-A-014, NSGB-BAV31-A-015, NSGB-BAV31-A-016, NSGB-BAV31-A-017, NSGB-BAV31-A-018, NSGB-BAV31-A-019, NSGB-BAV31-A-020, NSGB-BAV31-D-020.

These results only pertain to this job and should not be used in the interpretation of any other job. This report is only complete in its entirety. Refer to the listing below of the pages included in a complete final report.

Sincerely,

*Sandra Sobrino*

Sandra Sobrino
Asbestos & Materials Laboratory Manager
SanAir Technologies Laboratory

Final Report Includes:
     - Cover Letter
- Analysis Pages
- Disclaimers and Additional Information

sample conditions:
     3 sample(s) in Discrepancy w/ COC condition       19 sample(s) in Good condition



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

**Lab ID Number**

**17009324**

**FINAL REPORT**

| | | | |
|---|---|---|---|
| **Name:** | Metropolitan Solutions Inc | **Project Number:** | 17031570 KME |
| **Address:** | 1420 Chestnut Street | **P.O. Number:** | 2017-1282 |
| | Portsmouth, VA 23704 | **Project Name:** | Lant Asbestos NB Guantanamo Bay 5023150030 |
| | | **Collected Date:** | 11/28/2016 |
| | | **Received Date:** | 3/16/2017 10:35:00 AM |
| | | **Report Date:** | 3/16/2017 5:33:49 PM |
| | | **Analyst:** | Pisula, Nicholas |

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-001 / 17009324-001 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV31-A-001 / 17009324-001 12" Floor Tile And Mastic, Mastic | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-002 / 17009324-002 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV31-A-002 / 17009324-002 12" Floor Tile And Mastic, Mastic | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-003 / 17009324-003 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV31-A-003 / 17009324-003 12" Floor Tile And Mastic, Mastic | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV31-A-003 / 17009324-003 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-004 / 17009324-004 12" Ceiling Tile And Mastic, Ceiling Tile | Brown Fibrous Homogeneous | 95% Cellulose | 5% Other | None Detected |
| NSGB-BAV31-A-004 / 17009324-004 12" Ceiling Tile And Mastic, Mastic | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

| | | |
|---|---|---|
| Analyst: | Approved Signatory: | |
| Analysis Date: 3/16/2017 | Date: 3/16/2017 | Page 3 of 9 |



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

SanAir ID Number

**17009324**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031570 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/28/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:33:49 PM
**Analyst:** Pisula, Nicholas

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-005 / 17009324-005 12" Ceiling Tile And Mastic, Ceiling Tile | Brown Fibrous Homogeneous | 95% Cellulose | 5% Other | None Detected |
| NSGB-BAV31-A-005 / 17009324-005 12" Ceiling Tile And Mastic, Mastic | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-006 / 17009324-006 12" Ceiling Tile And Mastic, Ceiling Tile | Brown Fibrous Homogeneous | 95% Cellulose | 5% Other | None Detected |
| NSGB-BAV31-A-006 / 17009324-006 12" Ceiling Tile And Mastic, Mastic | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-007 / 17009324-007 12" Ceiling Tile, Ceiling Tile | White Fibrous Homogeneous | 60% Cellulose 30% Min. Wool | 10% Other | None Detected |
| NSGB-BAV31-A-007 / 17009324-007 12" Ceiling Tile, Mastic | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-008 / 17009324-008 12" Ceiling Tile, Ceiling Tile | White Fibrous Homogeneous | 60% Cellulose 30% Min. Wool | 10% Other | None Detected |
| NSGB-BAV31-A-008 / 17009324-008 12" Ceiling Tile, Mastic | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-009 / 17009324-009 12" Ceiling Tile, Ceiling Tile | White Fibrous Homogeneous | 60% Cellulose 30% Min. Wool | 10% Other | None Detected |
| NSGB-BAV31-A-009 / 17009324-009 12" Ceiling Tile, Mastic | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _(signature)_

Analysis Date: 3/16/2017

Approved Signatory: _(signature)_

Date: 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**Lab ID Number**

**17009324**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031570 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/28/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:33:49 PM
**Analyst:** Pisula, Nicholas

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-010 / 17009324-010 Basecove Mastic, Basecove | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV31-A-010 / 17009324-010 Basecove Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-D-010 / 17009324-011 Basecove Mastic, Basecove | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV31-D-010 / 17009324-011 Basecove Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-011 / 17009324-012 Basecove Mastic | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-012 / 17009324-013 Basecove Mastic | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-013 / 17009324-014 Drywall And Joint Compound, Texture | Grey Non-Fibrous Homogeneous | | 95% Other | 5% Chrysotile |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-014 / 17009324-015 Drywall And Joint Compound, Texture | Grey Non-Fibrous Homogeneous | | 95% Other | 5% Chrysotile |

## Certification

Analyst: _(signature)_

Analysis Date: 3/16/2017

Approved Signatory: _(signature)_

Date: 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**Lab ID Number**

**17009324**

**FINAL REPORT**

| | |
|---|---|
| **Name:** | Metropolitan Solutions Inc |
| **Address:** | 1420 Chestnut Street |
| | Portsmouth, VA  23704 |

| | |
|---|---|
| **Project Number:** | 17031570 KME |
| **P.O. Number:** | 2017-1282 |
| **Project Name:** | Lant Asbestos NB Guantanamo Bay 5023150030 |

| | |
|---|---|
| **Collected Date:** | 11/28/2016 |
| **Received Date:** | 3/16/2017 10:35:00 AM |
| **Report Date:** | 3/16/2017 5:33:49 PM |
| **Analyst:** | Pisula, Nicholas |

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-015 / 17009324-016 Drywall And Joint Compound, Texture | Grey Non-Fibrous Homogeneous | | 95% Other | 5% Chrysotile |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-016 / 17009324-017 HVAC Duct Wrap | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-017 / 17009324-018 HVAC Duct Mastic | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-018 / 17009324-019 HVAC Duct Mastic | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-019 / 17009324-020 Pipe Wrap | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-A-020 / 17009324-021 Runway Expansion Joint | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV31-D-020 / 17009324-022 Runway Expansion Joint | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

| | | |
|---|---|---|
| Analyst: | Approved Signatory: | |
| Analysis Date: 3/16/2017 | Date: 3/16/2017 | Page 6 of 9 |

## Disclaimer

The final report cannot be reproduced, except in full, without written authorization from SanAir. Fibers smaller than 5 microns cannot be seen with this method due to scope limitations. The accuracy of the results is dependent upon the clients sampling procedure and information provided to the laboratory by the client. SanAir assumes no responsibility for the sampling procedure and will provide evaluation reports based solely on the sample and information provided by the client. This report may not be used by the client to claim product endorsement by NVLAP or any other agency of the U.S. government.

For NY state samples, method EPA 600/M4-82-020 is performed.

Polarized- light microscopy is not consistently reliable in detecting asbestos in floor covering and similar non-friable organically bound materials. Quantitative transmission electron microscopy is currently the only method that can be used to determine if this material can be considered or treated as non-asbestos containing.

NY ELAP lab ID 11983

This page is intentionally blank.

## CHAIN OF CUSTODY

1703l570 KME

| Client: MultiMAC Joint Venture | TURNAROUND | | TEST | | REPORT #: |
|---|---|---|---|---|---|
| Address: 9177 Sky Park Court | URGENT <6 Hours* | | Asbestos PCM/ TEM (Air) | | |
| City, State, Zip: San Diego | Same Day Rush* | | Asbestos PLM (Solid) | X | METROPOLITAN SOLUTIONS |
| California, 92123 | 1 Day Rush* | | Metals in Air | | 2500 Hoover Avenue, Suite G |
| Contact: Scott Brown | 1 Day | | Metals in Wipe | | National City, CA 91950 |
| Phone: 858-514-7724 | 2 Day | | Metal in Soil | | |
| Mobile: 619-315-7245 | 3 Day | | Metal in Paint | | |
| Project Name: Lant Asbestos | 5 Day | x | Metals in Water | | Phone: 619-333-2445 |
| Location: NB Guantanamo Bay | Other: | | TCLP RCRA 8 | | |
| | Urgent Night/Weekend* | | Mecury Soil/ Water | | www.metrosolutionsusa.com |
| Project #: 5023150030.****.**** | * SEE BELOW; Must be scheduled in advance or confirmed upon receipt | | Other: | | |
| P.O. #: 000516 | | | | | |
| Other: None | | | | | |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV31-A-001 | AV31 | 12" Tan Floor Tile and Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-002 | AV31 | 12" Tan Floor Tile and Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-003 | AV31 | 12" Tan Floor Tile and Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-004 | AV31 | 12" Accoustic Ceiling Tile with holes and Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-005 | AV31 | 12" Accoustic Ceiling Tile with holes and Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-006 | AV31 | 12" Accoustic Ceiling Tile with holes and Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-007 | AV31 | 12" Accoustic Ceiling Tile with Worms | 11/28/16 | None |
| | NSGB-BAV31-A-008 | AV31 | 12" Accoustic Ceiling Tile with Worms | 11/28/16 | None |
| | NSGB-BAV31-A-009 | AV31 | 12" Accoustic Ceiling Tile with Worms | 11/28/16 | None |
| | NSGB-BAV31-A-010 | AV31 | Black Basecove Mastic | 11/28/16 | None |
| | NSGB-BAV31-D-010 | AV31 | Black Basecove Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-011 | AV31 | Black Basecove Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-012 | AV31 | Black Basecove Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-013 | AV31 | Drywall and Joint Compound | 11/28/16 | None |
| | NSGB-BAV31-A-014 | AV31 | Drywall and Joint Compound | 11/28/16 | None |
| | NSGB-BAV31-A-015 | AV31 | Drywall and Joint Compound | 11/28/16 | None |
| | NSGB-BAV31-A-016 | AV31 | HVAC Duct Wrap | 11/28/16 | None |
| | NSGB-BAV31-A-017 | AV31 | HVAC Duct Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-018 | AV31 | HVAC Duct Mastic | 11/28/16 | None |
| | NSGB-BAV31-A-019 | AV31 | Pipe Wrap | 11/28/16 | None |
| | NSGB-BAV31-A-020 | AV31 | Runway Expansion Joint | 11/28/16 | None |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV31-D-020 | AV31 | Runway Expansion Joint | 11/28/16 | None |

| REMARKS: Please e-mail results to scott.brown@amecfw.com |
|---|

| Sampled By (Print): | Scott Brown | | | Signature: | | | | Date: | 11/28/16 | Time: | 12:00 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Relinquished By: | | Date: | | Time: | | Received By: | | Date: | 3/5/17 | Time: | 1:00 |
| Relinquished By: | | Date: | | Time: | | Received By: | | Date: | | Time: | |

Chain of Custody documentation continued internally within laboratory.

*All special turnaround reporting requests require lab approval to ensure capabilities available to meet request.

| **Urgent** - Sample reported in less than 6 hours or requires night (beyond 5pm) or weekend lab operations. | **One Day Rush** - Sample reported by NOON the next business day if received by 4pm. |
|---|---|
| **Same Day Rush** - Sample reported by 4pm same day if received into lab by 10am. | **One Day** - Sample reported by end of next business day. |

## BUILDING AV32 MCCALLA HANGAR – SURVEY SUMMARY

## BUILDING DESCRIPTION

Building AV32 is a two-story 60,227-square-foot building constructed in 1941. It is located in the windward section of the base at the former McCalla Field. The building is a former aircraft hangar and is currently used as an office for the Office of Military Commissions security and public relations departments. It also houses a media center and office spaces for visiting media members and other organizations that observe trials.

## ASBESTOS FINDINGS AND CONCLUSIONS

The survey team assigned seventeen (17) homogeneous materials of suspected ACM at this building. Thirty-nine (39) samples were collected, three (3) of which were identified as ACM. Analysis of collected samples identified these homogeneous materials as ACM:

- 12" White Floor Tile with Gray Specks and Mastic (HM-5): Mastic contains 2% chrysotile.

- 9" Black Floor Tiles and Mastic (HM-15): Tile contains 6% chrysotile. Mastic contains 2% chrysotile.

Refer to the Asbestos Inventory Summary for the quantity, condition, and analytical results of the homogeneous materials identified at this building.

## RECOMMENDATIONS

Although only one of the five samples of mastic beneath the 12" white floor tiles with gray specks had asbestos detected, the entire homogeneous material should be considered ACM. The floor tiles were observed to be significantly damaged. However, the mastic beneath the floor tiles is not damaged and does not pose a hazard. The 9" black floor tiles and mastic are also in intact (good) condition and currently do not pose a hazard. However, it is recommended that if the material becomes damaged, it should be repaired or removed.

Removal of these ACMs is considered Class II OSHA work and repair is considered Class III OSHA work. Both classes of OSHA work must be performed by AHERA (or equivalent) trained workers. Therefore, it is also recommended that this building be included in the installation Asbestos Management Program.

In addition, older building materials that may be ACM could be concealed beneath newer material and/or were inaccessible during the survey. If encountered, these materials should be sampled and analyzed for asbestos before being disturbed by renovation or demolition activities.

Removal cost:

- 12" White Floor Tile with Gray Specks and Mastic (HM-5): $1,200 – $2,000

- 9" Black Floor Tiles and Mastic (HM-15): $1,000 – $2,000

Naval Station Guantanamo Bay, Cuba                                  Asbestos Survey Report

This page is intentionally blank.

## Asbestos Inventory Summary – Building AV32

| Building No.: | AV32 | Inspector: | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | Hangar | | | Building Description: | Former Hangar/Media Center | | |

| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
|---|---|---|---|---|---|---|---|---|
| 1 | 12" White Floor Tile with Black Specks and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-001 | Room 108 West Side | 2 | None Detected (Tile) <br> None Detected (Mastic) |
| 1 | 12" White Floor Tile with Black Specks and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-002 | Room 108 West Side | 2 | None Detected (Tile) <br> None Detected (Mastic) |
| 2 | Gray Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-003 | Room 108 West Side | 3 | None Detected (Covebase) <br> None Detected (Mastic) <br> None Detected (Joint Compound) |
| 3 | 2"x2" Ceiling Panel with Gouges | Good | Friable | NA | NSGB-BAV32-A-004 | Room 108 West Side | 1 | None Detected |
| 4 | 9" Green/Black Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-005 | Room 105 West Side | 2 | None Detected (Tile) <br> None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba | Asbestos Survey Report

| Building No.: | AV32 | Inspector: | Scott Brown | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|
| Building Name: | Hangar | | | Building Description: | Former Hangar/Media Center | |

| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
|---|---|---|---|---|---|---|---|---|
| 4 | 9" Green/Black Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-006 | Room 103 West Side | 2 | None Detected (Tile) / None Detected (Mastic) |
| 4 | 9" Green/Black Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-007 | Room 102 West Side | 2 | None Detected (Tile) / None Detected (Mastic) |
| 5 | 12" White Floor Tile with Gray Specks and Mastic | Significantly Damaged | Non-Friable | 86 ft² | NSGB-BAV32-A-008 | Northwest Stairwell | 2 | None Detected (Tile) / 2% Chrysotile (Mastic) |
| 5 | 12" White Floor Tile with Gray Specks and Mastic | Significantly Damaged | Non-Friable | NA | NSGB-BAV32-A-009 | 2nd Deck Catwalk Outside of Room 206 West | 2 | None Detected (Tile) / None Detected (Mastic) |
| 5 | 12" White Floor Tile with Gray Specks and Mastic | Significantly Damaged | Non-Friable | NA | NSGB-BAV32-A-010 | Room 205 West | 2 | None Detected (Tile) / None Detected (Mastic) |
| 5 | 12" White Floor Tile with Gray Specks and Mastic | Significantly Damaged | Non-Friable | NA | NSGB-BAV32-D-010 | Room 205 West | 2 | None Detected (Tile) / None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba                                                    Asbestos Survey Report

| Building No.: | AV32 | Inspector: | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | Hangar | | | Building Description: | Former Hangar/Media Center | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 5 | 12" White Floor Tile with Gray Specks and Mastic | Significantly Damaged | Non-Friable | NA | NSGB-BAV32-A-011 | Underneath Catwalk Outside Room 105 West | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 6 | Drywall/Joint Compound | Damaged | Friable | NA | NSGB-BAV32-A-012 | Room 212 West Side | 1 | None Detected (Drywall) |
| 6 | Drywall/Joint Compound | Damaged | Friable | NA | NSGB-BAV32-A-013 | Room 108 East Side | 2 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| 6 | Drywall/Joint Compound | Damaged | Friable | NA | NSGB-BAV32-A-014 | Room 107 East Side | 2 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| 6 | Drywall/Joint Compound | Damaged | Friable | NA | NSGB-BAV32-A-015 | Room 105 East Side | 3 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| | | | | | | | | None Detected (Joint Compound) |

Naval Station Guantanamo Bay, Cuba | Asbestos Survey Report

| Building No.: | AV32 | Inspector: | Scott Brown | | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | Hangar | | | | Building Description: | Former Hangar/Media Center | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 7 | 2'x4' Ceiling Panel with Gouges | Good | Friable | NA | NSGB-BAV32-A-016 | Room 103 West | 1 | None Detected |
| 7 | 2'x4' Ceiling Panel with Gouges | Good | Friable | NA | NSGB-BAV32-A-017 | Room 108 East Side | 1 | None Detected |
| 7 | 2'x4' Ceiling Panel with Gouges | Good | Friable | NA | NSGB-BAV32-A-018 | Room 105 East Side | 1 | None Detected |
| 8 | Gypsum Wall Board | Damaged | Non-Friable | NA | NSGB-BAV32-A-019 | Room 102 West Side | 1 | None Detected |
| 8 | Gypsum Wall Board | Damaged | Non-Friable | NA | NSGB-BAV32-A-020 | Room 106 West Side | 2 | None Detected (Wallboard) |
| | | | | | | | | None Detected (Joint Compound) |
| 8 | Gypsum Wall Board | Damaged | Non-Friable | NA | NSGB-BAV32-D-020 | 106-West Side | 2 | None Detected (Wallboard) |
| | | | | | | | | None Detected (Joint Compound) |
| 8 | Gypsum Wall Board | Damaged | Non-Friable | NA | NSGB-BAV32-A-021 | Room 108-West Side | 1 | None Detected |
| 8 | Gypsum Wall Board | Damaged | Non-Friable | NA | NSGB-BAV32-A-022 | Room 108-West Side | 1 | None Detected |

Naval Station Guantanamo Bay, Cuba                                                                Asbestos Survey Report

| Building No.: | AV32 | Inspector: | Scott Brown | | | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|---|
| Building Name: | Hangar | | | | | Building Description: | Former Hangar/Media Center | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content | |
| 8 | Gypsum Wall Board | Damaged | Non-Friable | NA | NSGB-BAV32-A-023 | Outside Room 106-West side | 1 | None Detected | |
| 9 | Stair Coating | Good | Non-Friable | NA | NSGB-BAV32-A-024 | Southwest Stairwell | 1 | None Detected | |
| 10 | Stair Tread Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-025 | Northwest Stairwell | 2 | None Detected (Tread) / None Detected (Mastic) | |
| 11 | 12" Brown Floor Tile with Orange Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-026 | Room 212 West Side | 2 | None Detected (Tile) / None Detected (Mastic) | |
| 11 | 12" Brown Floor Tile with Orange Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-027 | Room 212 West Side | 2 | None Detected (Tile) / None Detected (Mastic) | |
| 11 | 12" Brown Floor Tile with Orange Streaks and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-028 | Room 202-East Side | 2 | None Detected (Tile) / None Detected (Mastic) | |

| Building No.: | AV32 | Inspector: | Scott Brown | | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | Hangar | | | | Building Description: | Former Hangar/Media Center | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 12 | 12" Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-029 | Room 202-East Side | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 13 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-030 | Room 212 West Side | 3 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| | | | | | | | | None Detected (Mastic) |
| 13 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV32-D-030 | Room 212 West Side | 3 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| | | | | | | | | None Detected (Mastic) |
| 13 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-031 | Room 203 West Side | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 14 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-032 | Room 206-West Side | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba | Asbestos Survey Report

| Building No.: | AV32 | Inspector: | Scott Brown | | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | Hangar | | | | Building Description: | Former Hangar/Media Center | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 14 | 2'x4' Ceiling Panels with Pinholes | Good | Friable | NA | NSGB-BAV32-A-033 | Room 206-West Side | 1 | None Detected |
| 14 | 2'x4' Ceiling Panels with Pinholes | Good | Friable | NA | NSGB-BAV32-A-034 | Room 202 West Side | 1 | None Detected |
| 15 | 9" Black Floor Tiles and Mastic | Good | Non-Friable | 32 ft$^2$ | NSGB-BAV32-A-035 | Northwest Stairwell landing | 3 | **6% Chrysotile (Tile)** / **<1% Chrysotile (Black Mastic)** / None Detected (Gray Mastic) |
| 15 | 9" Black Floor Tiles and Mastic | Good | Non-Friable | 32 ft$^2$ | NSGB-BAV32-A-036 | Top of Northwest Stairwell | 2 | **6% Chrysotile (Tile)** / **2% Chrysotile (Mastic)** |
| 16 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-037 | Room 107 Doorway | 2 | None Detected (Tile) / None Detected (Mastic) |

| Building No.: | AV32 | Inspector: | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | Hangar | | | Building Description: | Former Hangar/Media Center | | |

| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
|---|---|---|---|---|---|---|---|---|
| 17 | Brown Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-038 | Room 108 East Side | 3 | None Detected (Covebase) |
| | | | | | | | | None Detected (Yellow Mastic) |
| | | | | | | | | None Detected (Gray Mastic) |
| 17 | Brown Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV32-A-039 | Room 107 East Side | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Yellow Mastic) |

Notes

Ft²        Square Feet

NA         not applicable



PARTIAL
SECOND FLOOR PLAN
SCALE: 1/16"=1'-0"

FIRST FLOOR PLAN
SCALE: 1/16"=1'-0"

PARTIAL
SECOND FLOOR PLAN
SCALE: 1/16"=1'-0"

NORTH

APPROXIMATE SCALE
**BUILDING AV32**
FIRST FLOOR PLAN

0   20   40

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | FIGURE |
| DATE : | MARCH 2017 | **Naval Station Guantanamo Bay, Cuba** | |
| DRAWN BY : | RMH | Building AV32 - First/Second Floor | ***AV32-1F*** |
| CHECKED BY : | SB | Floor Materials | |

MultiMAC jv

This page is intentionally blank.



PARTIAL
SECOND FLOOR PLAN
SCALE: 1/16"=1'-0"

FIRST FLOOR PLAN
SCALE: 1/16"=1'-0"

PARTIAL
SECOND FLOOR PLAN
SCALE: 1/16"=1'-0"

APPROXIMATE SCALE
BUILDING AV32
FIRST FLOOR PLAN

NORTH

0   20   40

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | Naval Station Guantanamo Bay, Cuba | FIGURE |
| DATE : | MARCH 2017 | **MultiMAC** JV | | |
| DRAWN BY : | RMH | | Building AV32 - First/Second Floor | **AV32-1W** |
| CHECKED BY : | SB | | Wall Materials | |

This page is intentionally blank.



PARTIAL
SECOND FLOOR PLAN
SCALE: 1/16"=1'-0"

FIRST FLOOR PLAN
SCALE: 1/16"=1'-0"

PARTIAL
SECOND FLOOR PLAN
SCALE: 1/16"=1'-0"

NORTH

APPROXIMATE SCALE
**BUILDING AV32**
FIRST FLOOR PLAN

0   20   40

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
| DATE : | MARCH 2017 | | |
| DRAWN BY : | RMH | Building AV32 - First/Second Floor | **AV32-1C** |
| CHECKED BY : | SB | Ceiling Materials | |

MultiMACjv

This page is intentionally blank.

# BUILDING AV32

HM001 - 12" White Floor Tile with Black Specks and Mastic

HM002 - Gray Covebase Mastic

HM003 - 2'x2' Ceiling Panel with Gouges

HM004 - 9" Green/Black Floor Tile and Mastic

HM005 - 12" White Floor Tile with Gray Specks and Mastic

HM006 - Drywall and Joint Compound

HM007 - 2'x4' Ceiling Panel with Gouges

HM008 - Gypsum Wall Board

HM009 - Stair Coating

HM010 - Stair Tread Mastic

HM011 - 12" Brown Floor Tile with Orange Streaks and Mastic

HM012 - 12" Tan Mottled Floor Tile and Mastic

HM013 - Black Covebase Mastic

HM014 - 2'x4' Ceiling Panel with Pinholes

HM015 - 9" Black Floor Tiles and Mastic

HM016 - 12" White Mottled Floor Tile and Mastic

HM017 - Brown Covebase Mastic

HM = Homogeneous Material

A = Asbestos

A001   Sample Location

| PROJECT NO. : 5023-16-0030 |  | Naval Station Guantanamo Bay, Cuba | FIGURE |
| --- | --- | --- | --- |
| DATE : MARCH 2017 | | | |
| DRAWN BY : RMH | | LEGEND | *AV32* |
| CHECKED BY : SB | | | |

This page is intentionally blank.



# METROPOLITAN SOLUTIONS

| *Business Solutions for Environmental Problems* |
|---|

## Laboratory Information

| | |
|---|---|
| **METRO REPORT NUMBER** | 17031571 KME |
| **REPORT DATE** | 3/17/2017 |
| **TYPE of ANALYSIS** | **Asbestos Bulk PLM** |
| **BASIS for ANALYSIS** | **EPA 600/R-93/116** |
| **CA ELAP Certification Number** | **2985** |

## Client Information

| | |
|---|---|
| **Client** | MultiMAC Joint Venture |
| | 9177 Sky Park Court |
| | San Diego, CA 92123 |
| **Project Title** | Lant Asbestos |
| **Project Number/Location** | 5023150030/ NB Guantanamo Bay |
| **Req/Item or Other Identifier** | Building #AV32 |
| **Purchase Order Number** | 000516 |
| **Turnaround Time** | 1 DAY |
| **Date/Time Sampled** | 11/30/2016 |
| **Date/Time Received** | 3/15/2017 |
| **Date/Time Analyzed** | 3/17/2017 |
| **Number of Samples** | 42 |
| **Sampler** | Scott Brown |

## DISCLAIMERS/ General Info

The report shall only be reproduced in full unless consent for partial reporting is granted from the laboratory.

This report is confidential and intended only for the organization requesting analyses.

The reporting limit is a lab determined value that represents the lowest validated containment concentration. It is affected by the analytical capabilities of the method, the equipment, and the amount of sample tested .

Unless otherwise noted below, 1) All quality control results associated with each sample set were within acceptable ranges, 2) All samples were received in acceptable condition, 3) results for all solid matrices are reported "as received"; 4) Results are corrected for instrument blanks; 5) BRL= Below Reporting Limit.

Unused sample material will be disposed of after 14 days.

## Additional Comments

Analyses subcontracted to San Air

I certify that these data are in compliance both technically and for completeness

*Joseph Evans*

**Metropolitan Solutions Laboratory Director**

| CA | VA | WA | FL |
|---|---|---|---|
| 2500 Hoover Ave Ste. G | 1420 Chestnut Avenue | 423 Pacific Ave. Suite 105 | 400 Levy Street |
| National City CA 91950 | Portsmouth VA 23704 | Bremerton WA 98337 | Atlantic Beach FL 32233 |
| 619.333.2445 | 757.853.4000 | 360.799.5699 | 904.320.0011 |

This page is intentionally blank.

# SanAir Technologies Laboratory

## Analysis Report

### prepared for

## Metropolitan Solutions Inc

**Report Date: 3/16/2017**
**Project Name: Lant Asbestos NB**
**Guantanamo Bay 5023150030**
**Project #: 17031571 KME**
**SanAir ID#: 17009322**







NVLAP LAB CODE 200870-0    Certification # 652931    License # LAB0166



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**Metropolitan Solutions Inc**
**1420 Chestnut Street**
**Portsmouth, VA  23704**

March 16, 2017

SanAir ID #          17009322
Project Name:      Lant Asbestos NB Guantanamo Bay 5023150030
Project Number:   17031571 KME

Dear Joseph Evans,

We at SanAir would like to thank you for the work you recently submitted. The 42 sample(s) were received on Thursday, March 16, 2017 via FedEx.  The final report(s) is enclosed for the following sample(s): NSGB-BAV32-A-001, NSGB-BAV32-A-002, NSGB-BAV32-A-003, NSGB-BAV32-A-004, NSGB-BAV32-A-005, NSGB-BAV32-A-006, NSGB-BAV32-A-007, NSGB-BAV32-A-008, NSGB-BAV32-A-009, NSGB-BAV32-A-010, NSGB-BAV32-D-010, NSGB-BAV32-A-011, NSGB-BAV32-A-012, NSGB-BAV32-A-013, NSGB-BAV32-A-014, NSGB-BAV32-A-015, NSGB-BAV32-A-016, NSGB-BAV32-A-017, NSGB-BAV32-A-018, NSGB-BAV32-A-019, NSGB-BAV32-A-020, NSGB-BAV32-D-020, NSGB-BAV32-A-021, NSGB-BAV32-A-022, NSGB-BAV32-A-023, NSGB-BAV32-A-024, NSGB-BAV32-A-025, NSGB-BAV32-A-026, NSGB-BAV32-A-027, NSGB-BAV32-A-028, NSGB-BAV32-A-029, NSGB-BAV32-D-030, NSGB-BAV32-D-030, NSGB-BAV32-A-031, NSGB-BAV32-A-032, NSGB-BAV32-A-033, NSGB-BAV32-A-034, NSGB-BAV32-A-035, NSGB-BAV32-A-036, NSGB-BAV32-A-037, NSGB-BAV32-A-038, NSGB-BAV32-A-039.

These results only pertain to this job and should not be used in the interpretation of any other job. This report is only complete in its entirety. Refer to the listing below of the pages included in a complete final report.

Sincerely,

*Sandra Sobrino*

Sandra Sobrino
Asbestos & Materials Laboratory Manager
SanAir Technologies Laboratory

Final Report Includes:
　　　- Cover Letter
- Analysis Pages
- Disclaimers and Additional Information

sample conditions:
　　　41 sample(s) in Good condition      1 sample(s) in Layer Missing condition



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009322

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031571 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:31:43 PM
**Analyst:** Robertson, Erin

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-001 / 17009322-001 12" Floor Tile & Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-001 / 17009322-001 12" Floor Tile & Mastic, Mastic | Orange Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-002 / 17009322-002 12" Floor Tile & Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-002 / 17009322-002 12" Floor Tile & Mastic, Mastic | Orange Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-003 / 17009322-003 Covebase Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-003 / 17009322-003 Covebase Mastic, Mastic | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-003 / 17009322-003 Covebase Mastic, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-004 / 17009322-004 2"x2" Ceiling Panel | White Fibrous Homogeneous | 50% Cellulose 35% Min. Wool | 15% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-005 / 17009322-005 9" Floor Tile & Mastic, Ceramic Tile | Green Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-005 / 17009322-005 9" Floor Tile & Mastic, Mortar | Grey Non-Fibrous Heterogeneous | | 100% Other | None Detected |

## Certification

**Analyst:** _Erin Robertson_

**Analysis Date:** 3/16/2017

**Approved Signatory:** _JS Tuttle_

**Date:** 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

**Sample ID Number**

**17009322**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031571 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:31:43 PM
**Analyst:** Robertson, Erin

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-006 / 17009322-006 9" Floor Tile & Mastic, Ceramic Tile | Green Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-006 / 17009322-006 9" Floor Tile & Mastic, Mortar | Grey Non-Fibrous Heterogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-007 / 17009322-007 9" Floor Tile & Mastic, Ceramic Tile | Green Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-007 / 17009322-007 9" Floor Tile & Mastic, Mortar | Grey Non-Fibrous Heterogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-008 / 17009322-008 12" Floor Tile & Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-008 / 17009322-008 12" Floor Tile & Mastic, Mastic | Various Non-Fibrous Heterogeneous | | 98% Other | 2% Chrysotile |
| NSGB-BAV32-A-009 / 17009322-009 12" Floor Tile & Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-009 / 17009322-009 12" Floor Tile & Mastic, Mastic | Various Non-Fibrous Heterogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-010 / 17009322-010 12" Floor Tile & Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-010 / 17009322-010 12" Floor Tile & Mastic, Mastic | Various Non-Fibrous Heterogeneous | | 100% Other | None Detected |

## Certification

Analyst: Erin Robertson
Analysis Date: 3/16/2017

Approved Signatory:
Date: 3/16/2017

Page 4 of 14



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009322

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031571 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:31:43 PM
**Analyst:** Robertson, Erin

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-D-010 / 17009322-011 12" Floor Tile & Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-D-010 / 17009322-011 12" Floor Tile & Mastic, Mastic | Various Non-Fibrous Heterogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-011 / 17009322-012 Drywall/ Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 5% Cellulose | 95% Other | None Detected |
| NSGB-BAV32-A-011 / 17009322-012 Drywall/ Joint Compound, Joint Compound | | | | Not Submitted |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-012 / 17009322-013 Drywall/ Joint Compound, Drywall | Grey Non-Fibrous Homogeneous | 5% Cellulose 2% Glass | 93% Other | None Detected |
| NSGB-BAV32-A-012 / 17009322-013 Drywall/ Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-013 / 17009322-014 Drywall/ Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 5% Cellulose | 95% Other | None Detected |
| NSGB-BAV32-A-013 / 17009322-014 Drywall/ Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-014 / 17009322-015 Drywall/ Joint Compound, Drywall | Grey Non-Fibrous Homogeneous | 5% Cellulose 2% Glass | 93% Other | None Detected |
| NSGB-BAV32-A-014 / 17009322-015 Drywall/ Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: Erin Robertson

Approved Signatory: *[signature]*

Analysis Date: 3/16/2017

Date: 3/16/2017

Page 5 of 14



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

SanAir ID Number

## 17009322

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031571 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:31:43 PM
**Analyst:** Robertson, Erin

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-015 / 17009322-016 Drywall/ Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 5% Cellulose 2% Glass | 93% Other | None Detected |
| NSGB-BAV32-A-015 / 17009322-016 Drywall/ Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-015 / 17009322-016 Drywall/ Joint Compound, Ceiling Panel | White Fibrous Homogeneous | 50% Cellulose 30% Min. Wool | 20% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-016 / 17009322-017 2'x4' Ceiling Panel | White Fibrous Homogeneous | 55% Cellulose 25% Min. Wool | 20% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-017 / 17009322-018 2'x4' Ceiling Panel | White Fibrous Homogeneous | 55% Cellulose 25% Min. Wool | 20% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-018 / 17009322-019 2'x4' Ceiling Panel | White Fibrous Homogeneous | 55% Cellulose 25% Min. Wool | 20% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-019 / 17009322-020 Gypsum Wall Board | Off-White Non-Fibrous Homogeneous | 5% Cellulose | 95% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-020 / 17009322-021 Gypsum Wall Board, Wallboard | Off-White Non-Fibrous Homogeneous | 5% Cellulose 2% Glass | 93% Other | None Detected |
| NSGB-BAV32-A-020 / 17009322-021 Gypsum Wall Board, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: *Erin Robertson*

Analysis Date: 3/16/2017

Approved Signatory: *JB Tuttle*

Date: 3/16/2017

Page 6 of 14



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

**17009322**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031571 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:31:43 PM
**Analyst:** Robertson, Erin

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-D-020 / 17009322-022 Gypsum Wall Board, Wallboard | Off-White Non-Fibrous Homogeneous | 5% Cellulose 2% Glass | 93% Other | None Detected |
| NSGB-BAV32-D-020 / 17009322-022 Gypsum Wall Board, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-021 / 17009322-023 Gypsum Wall Board | Off-White Non-Fibrous Homogeneous | 5% Cellulose | 95% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-022 / 17009322-024 Gypsum Wall Board | Off-White Non-Fibrous Homogeneous | 5% Cellulose | 95% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-023 / 17009322-025 Gypsum Wall Board | Off-White Non-Fibrous Homogeneous | 5% Cellulose | 95% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-024 / 17009322-026 Stair Coating | Black Non-Fibrous Homogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-025 / 17009322-027 Stairtread Mastic, Stair Tread | Black Non-Fibrous Homogeneous | 2% Cellulose | 98% Other | None Detected |
| NSGB-BAV32-A-025 / 17009322-027 Stairtread Mastic, Mastic | Brown Non-Fibrous Heterogeneous | | 100% Other | None Detected |

## Certification

**Analyst:** *Erin Robertson*

**Analysis Date:** 3/16/2017

**Approved Signatory:** *[signature]*

**Date:** 3/16/2017

Page 7 of 14



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009322

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031571 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:31:43 PM
**Analyst:** Robertson, Erin

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-026 / 17009322-028<br>12" Floor Tile & Mastic, Tile | Brown<br>Non-Fibrous<br>Homogeneous | 5% Cellulose | 95% Other | None Detected |
| NSGB-BAV32-A-026 / 17009322-028<br>12" Floor Tile & Mastic, Mastic | Black<br>Non-Fibrous<br>Homogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-027 / 17009322-029<br>12" Floor Tile & Mastic, Tile | Brown<br>Non-Fibrous<br>Homogeneous | 5% Cellulose | 95% Other | None Detected |
| NSGB-BAV32-A-027 / 17009322-029<br>12" Floor Tile & Mastic, Mastic | Black<br>Non-Fibrous<br>Homogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-028 / 17009322-030<br>12" Floor Tile & Mastic, Tile | Brown<br>Non-Fibrous<br>Homogeneous | 5% Cellulose | 95% Other | None Detected |
| NSGB-BAV32-A-028 / 17009322-030<br>12" Floor Tile & Mastic, Mastic | Black<br>Non-Fibrous<br>Homogeneous | 2% Cellulose | 98% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-029 / 17009322-031<br>12" Floor Tile & Mastic, Tile | Tan<br>Non-Fibrous<br>Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-029 / 17009322-031<br>12" Floor Tile & Mastic, Mastic | Various<br>Non-Fibrous<br>Heterogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-030 / 17009322-032<br>Covebase Mastic, Cove Base | Black<br>Non-Fibrous<br>Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-030 / 17009322-032<br>Covebase Mastic, Mastic | Brown<br>Non-Fibrous<br>Homogeneous | 5% Wollastonite<br>2% Cellulose | 93% Other | None Detected |
| NSGB-BAV32-A-030 / 17009322-032<br>Covebase Mastic, Mastic | Cream<br>Non-Fibrous<br>Homogeneous | | 100% Other | None Detected |

## Certification

**Analyst:** _Erin Robertson_

**Analysis Date:** 3/16/2017

**Approved Signatory:** _JS Tuttle_

**Date:** 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

**Sample ID Number**

**17009322**

**FINAL REPORT**

Name: Metropolitan Solutions Inc
Address: 1420 Chestnut Street
Portsmouth, VA 23704

Project Number: 17031571 KME
P.O. Number: 2017-1282
Project Name: Lant Asbestos NB Guantanamo Bay 5023150030

Collected Date: 11/30/2016
Received Date: 3/16/2017 10:35:00 AM
Report Date: 3/16/2017 5:31:43 PM
Analyst: Robertson, Erin

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-D-030 / 17009322-033 Covebase Mastic, Cove Base | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-D-030 / 17009322-033 Covebase Mastic, Mastic | Brown Non-Fibrous Homogeneous | 5% Wollastonite 2% Cellulose | 93% Other | None Detected |
| NSGB-BAV32-D-030 / 17009322-033 Covebase Mastic, Mastic | Cream Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-031 / 17009322-034 Covebase Mastic, Cove Base | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-031 / 17009322-034 Covebase Mastic, Mastic | Various Non-Fibrous Heterogeneous | 5% Wollastonite | 95% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-032 / 17009322-035 Covebase Mastic, Cove Base | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-032 / 17009322-035 Covebase Mastic, Mastic | Cream Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-033 / 17009322-036 2'x4' Ceiling Panels | White Fibrous Homogeneous | 50% Cellulose 35% Min. Wool | 15% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-034 / 17009322-037 2'x4' Ceiling Panels | White Fibrous Homogeneous | 50% Cellulose 35% Min. Wool | 15% Other | None Detected |

**Certification**

Analyst: *Erin Robertson*

Analysis Date: 3/16/2017

Approved Signatory: *[signature]*

Date: 3/16/2017

Page 9 of 14



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009322

**FINAL REPORT**

| | | | |
|---|---|---|---|
| **Name:** | Metropolitan Solutions Inc | **Project Number:** | 17031571 KME |
| **Address:** | 1420 Chestnut Street | **P.O. Number:** | 2017-1282 |
| | Portsmouth, VA 23704 | **Project Name:** | Lant Asbestos NB Guantanamo Bay 5023150030 |
| | | **Collected Date:** | 11/30/2016 |
| | | **Received Date:** | 3/16/2017 10:35:00 AM |
| | | **Report Date:** | 3/16/2017 5:31:43 PM |
| | | **Analyst:** | Robertson, Erin |

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-035 / 17009322-038 9" Floor Tiles And Mastic, Tile | Black Non-Fibrous Homogeneous | | 94% Other | 6% Chrysotile |
| NSGB-BAV32-A-035 / 17009322-038 9" Floor Tiles And Mastic, Mastic | Black Non-Fibrous Homogeneous | 3% Cellulose | 97% Other | < 1% Chrysotile |
| NSGB-BAV32-A-035 / 17009322-038 9" Floor Tiles And Mastic, Coating | Grey Non-Fibrous Heterogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-036 / 17009322-039 9" Floor Tiles And Mastic, Tile | Black Non-Fibrous Homogeneous | | 94% Other | 6% Chrysotile |
| NSGB-BAV32-A-036 / 17009322-039 9" Floor Tiles And Mastic, Mastic | Black Non-Fibrous Homogeneous | 3% Cellulose | 95% Other | 2% Chrysotile |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-037 / 17009322-040 12" Floor Tile & Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-037 / 17009322-040 12" Floor Tile & Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-038 / 17009322-041 Covebase Mastic, Cove Base | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-038 / 17009322-041 Covebase Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-038 / 17009322-041 Covebase Mastic, Mastic | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

| | | |
|---|---|---|
| Analyst: *Erin Robertson* | Approved Signatory: *[signature]* | |
| Analysis Date: 3/16/2017 | Date: 3/16/2017 | Page 10 of 14 |



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

SanAir ID Number

**17009322**

FINAL REPORT

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031571 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:31:43 PM
**Analyst:** Robertson, Erin

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV32-A-039 / 17009322-042 Covebase Mastic, Cove Base | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV32-A-039 / 17009322-042 Covebase Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: *Erin Robertson*

Analysis Date: 3/16/2017

Approved Signatory: *[signature]*

Date: 3/16/2017

Page 11 of 14

## Disclaimer

The final report cannot be reproduced, except in full, without written authorization from SanAir. Fibers smaller than 5 microns cannot be seen with this method due to scope limitations. The accuracy of the results is dependent upon the clients sampling procedure and information provided to the laboratory by the client. SanAir assumes no responsibility for the sampling procedure and will provide evaluation reports based solely on the sample and information provided by the client. This report may not be used by the client to claim product endorsement by NVLAP or any other agency of the U.S. government.

For NY state samples, method EPA 600/M4-82-020 is performed.

Polarized- light microscopy is not consistently reliable in detecting asbestos in floor covering and similar non-friable organically bound materials. Quantitative transmission electron microscopy is currently the only method that can be used to determine if this material can be considered or treated as non-asbestos containing.

NY ELAP lab ID 11983

# CHAIN OF CUSTODY

1703571 KME

| Client: MultiMAC Joint Venture | TURNAROUND | | TEST | | REPORT #: |
|---|---|---|---|---|---|
| Address: 9177 Sky Park Court | URGENT <6 Hours* | | Asbestos PCM/ TEM (Air) | | |
| City, State, Zip: San Diego | Same Day Rush* | | Asbestos PLM (Solid) | X | |
| California, 92123 | 1 Day Rush* | | Metals in Air | | **METROPOLITAN SOLUTIONS** |
| Contact: Scott Brown | 1 Day | | Metals in Wipe | | 2500 Hoover Avenue, Suite G |
| Phone: 858-514-7724 | 2 Day | | Metal in Soil | | National City, CA 91950 |
| Mobile: 619-315-7245 | 3 Day | | Metal in Paint | | |
| Project Name: Lant Asbestos | 5 Day | x | Metals in Water | | Phone: 619-333-2445 |
| Location: NB Guantanamo Bay | Other: | | TCLP RCRA 8 | | |
| | Urgent Night/Weekend* | | Mecury Soil/ Water | | www.metrosolutionsusa.com |
| Project #: 5023150030.**** **** | * SEE BELOW; Must be scheduled in advance or confirmed upon receipt | | Other: | | |
| PO | | | | | |
| Other: None | | | | | |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV32-A-001 | AV32 | 12" White Floor Tile with black specks & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-002 | AV32 | 12" White Floor Tile with black specks & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-003 | AV32 | Gray Covebase mastic | 11/30/16 | None |
| | NSGB-BAV32-A-004 | AV32 | 2"x2" Ceiling Panel with Gouges | 11/30/16 | None |
| | NSGB-BAV32-A-005 | AV32 | 9" Green/Black Floor Tile & Mastic | 11/30/16 | None |
| | NSGB-BAV32-A-006 | AV32 | 9" Green/Black Floor Tile & Mastic | 11/30/16 | None |
| | NSGB-BAV32-A-007 | AV32 | 9" Green/Black Floor Tile & Mastic | 11/30/16 | None |
| | NSGB-BAV32-A-008 | AV32 | 12" White Floor Tile with Gray Specks & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-009 | AV32 | 12" White Floor Tile with Gray Specks & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-010 | AV32 | 12" White Floor Tile with Gray Specks & mastic | 11/30/16 | None |
| | NSGB-BAV32-D-010 | AV32 | 12" White Floor Tile with Gray Specks & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-011 | AV32 | Drywall/Joint Compound | 11/30/16 | None |
| | NSGB-BAV32-A-012 | AV32 | Drywall/Joint Compound | 11/30/16 | None |
| | NSGB-BAV32-A-013 | AV32 | Drywall/Joint Compound | 11/30/16 | None |
| | NSGB-BAV32-A-014 | AV32 | Drywall/Joint Compound | 11/30/16 | None |
| | NSGB-BAV32-A-015 | AV32 | Drywall/Joint Compound | 11/30/16 | None |
| | NSGB-BAV32-A-016 | AV32 | 2'x4' Ceiling Panel with Gouges | 11/30/16 | None |
| | NSGB-BAV32-A-017 | AV32 | 2'x4' Ceiling Panel with Gouges | 11/30/16 | None |
| | NSGB-BAV32-A-018 | AV32 | 2'x4' Ceiling Panel with Gouges | 11/30/16 | None |
| | NSGB-BAV32-A-019 | AV32 | Gypsum Wall Board | 11/30/16 | None |
| | NSGB-BAV32-A-020 | AV32 | Gypsum Wall Board | 11/30/16 | None |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV32-D-020 | AV32 | Gypsum Wall Board | 11/30/16 | None |
| | NSGB-BAV32-A-021 | AV32 | Gypsum Wall Board | 11/30/16 | None |
| | NSGB-BAV32-A-022 | AV32 | Gypsum Wall Board | 11/30/16 | None |
| | NSGB-BAV32-A-023 | AV32 | Gypsum Wall Board | 11/30/16 | None |
| | NSGB-BAV32-A-024 | AV32 | Stair Coating | 11/30/16 | None |
| | NSGB-BAV32-A-025 | AV32 | Stairtread Mastic | 11/30/16 | None |
| | NSGB-BAV32-A-026 | AV32 | 12" Brown Flor tile with orange streaks & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-027 | AV32 | 12" Brown Floor tile with orange streaks & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-028 | AV32 | 12" Brown Floor tile with orange streaks & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-029 | AV32 | 12" Tan Mottled Floor Tile & mastic | 11/30/16 | None |
| | NSGB-BAV32-A-030 | AV32 | Black covebase mastic | 11/30/16 | None |
| | NSGB-BAV32-D-030 | AV32 | Black covebase mastic | 11/30/16 | None |
| | NSGB-BAV32-A-031 | AV32 | Black covebase mastic | 11/30/16 | None |
| | NSGB-BAV32-A-032 | AV32 | Black covebase mastic | 11/30/16 | None |
| | NSGB-BAV32-A-033 | AV32 | 2'x4' Ceiling Panels with pinholes | 11/30/16 | None |
| | NSGB-BAV32-A-034 | AV32 | 2'x4' Ceiling Panels with pinholes | 11/30/16 | None |
| | NSGB-BAV32-A-035 | AV32 | 9" Black Floor Tiles and Mastic | 11/30/16 | None |
| | NSGB-BAV32-A-036 | AV32 | 9" Black Floor Tiles and Mastic | 11/30/16 | None |
| | NSGB-BAV32-A-037 | AV32 | 12" White Mottled Floor Tile & Mastic | 11/30/16 | None |
| | NSGB-BAV32-A-038 | AV32 | Brown Covebase Mastic | 11/30/16 | None |
| | NSGB-BAV32-A-039 | AV32 | Brown Covebase Mastic | 11/30/16 | None |

**REMARKS:** Please e-mail results to scott.brown@amecfw.com

| Sampled By (Print): | Scott Brown | | Signature: | | | Date: | 11/30/16 | Time: | 12:00 AM |
|---|---|---|---|---|---|---|---|---|---|
| Relinquished By: | | Date: | | Time: | Received By: | | Date: | 3/15/17 | Time: | 11:00 |
| Relinquished By: | | Date: | | Time: | Received By: | | Date: | | Time: | |

Chain of Custody documentation continued internally within laboratory.

*All special turnaround reporting requests require lab approval to ensure capabilities available to meet request.

**Urgent** - Sample reported in less than 6 hours or requires night (beyond 5pm) or weekend lab operations.

**One Day Rush** - Sample reported by NOON the next business day if received by 4pm.

**Same Day Rush** - Sample reported by 4pm same day if received into lab by 10am.

**One Day** - Sample reported by end of next business day.

## BUILDING AV34 FIELD INTELLIGENCE – SURVEY SUMMARY

### BUILDING DESCRIPTION

Building AV34 is a four-story 706 square-foot building constructed in 1936. It is located in the windward section of the base at the former McCalla Field. The building houses one of the Office of Military Commission courtrooms and office spaces.

### ASBESTOS FINDINGS AND CONCLUSIONS

The survey team assigned thirty-one (31) homogeneous materials of suspected ACM at this building. Sixty-two (62) samples were collected, two (2) of which was identified as ACM. Analysis of collected samples identified these homogeneous materials as ACM:

- Tan Tile Beneath 12" White Floor Tile with Brown Specks (HM-17): The tile contains 4% chrysotile.

- Tan Tile Beneath 12" White Floor Tile with Black Specks (HM-24): The tile contains 6% chrysotile.

- Cementitious Siding on Exterior Walls (HM-31): This material was not sampled because doing so would create an asbestos hazard. However, based on the material's product history, it is likely that it contains asbestos and is considered presumed asbestos-containing material (PACM).

Refer to the Asbestos Inventory Summary for the quantity, condition, and analytical results of the homogeneous materials identified at this building.

### RECOMMENDATIONS

The tan tiles identified as ACM beneath both homogeneous areas are likely the same material. It is recommended that any tan tile found beneath any tile or carpeting in this building be considered ACM.

The cementitious siding is identified as PACM. It is recommended that the material not be broken, sanded, or penetrated, including inserting screws or nails and drilling holes, unless these actions are performed by AHERA trained personnel using wet methods.

The tile and siding are currently in intact (good) condition and do not pose a hazard. However, it is recommended that if the material becomes damaged, it should be repaired or removed. Removal of this ACM is considered Class II OSHA work and repair is considered Class III OSHA work. Both classes of OSHA work must be performed by AHERA (or equivalent) trained workers. Therefore, it is also recommended that this building be included in the installation Asbestos Management Program.

In addition, older building materials that may be ACM could be concealed beneath newer material and/or were inaccessible during the survey. If encountered, these materials should be sampled and analyzed for asbestos before being disturbed by renovation or demolition activities.

Removal cost:

- Tan Floor Tile Beneath White Floor Tile (HM-17 and HM-24): $15,000 – $25,000

- Cementitious Siding (HM-31): $155,000-185,000

This page is intentionally blank.

Naval Station Guantanamo Bay, Cuba                                                    Asbestos Survey Report

### Asbestos Inventory Summary – Building AV34

| Building No.: | AV34 | Inspector: | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | | Field Intelligence | | Building Description: | Courthouse/Office | | |

| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
|---|---|---|---|---|---|---|---|---|
| 1 | 12" Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-001 | Entry-Northwest Corner | 1 | None Detected (Tile) |
| 1 | 12" Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-002 | Room 4 Northeast Corner | 2 | None Detected (Tile) / None Detected (Mastic) |
| 1 | 12" Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-003 | Room 9 Southwest Corner | 2 | None Detected (Tile) / None Detected (Mastic) |
| 2 | 12" Beige mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-004 | Men's Restroom | 2 | None Detected (Tile) / None Detected (Mastic) |
| 2 | 12" Beige mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-005 | Women's Restroom | 2 | None Detected (Tile) / None Detected (Mastic) |
| 2 | 12" Beige mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-006 | Utility Room | 1 | None Detected (Tile) |

Contract N62470-13-D-8025, TO 0030                          A-27                                        May 2017

| Building No.: | AV34 | Inspector: | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | Field Intelligence | | | Building Description: | Courthouse/Office | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |

| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
|---|---|---|---|---|---|---|---|---|
| 3 | 12" White Speckle Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-007 | Room 2 | 2 | None Detected (Tile) / None Detected (Mastic) |
| 4 | 12" Older Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-008 | Room 12 Southwest Corner | 2 | None Detected (Tile) / None Detected (Mastic) |
| 4 | 12" Older Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-009 | Room 12 Northeast Corner | 2 | None Detected (Tile) / None Detected (Mastic) |
| 5 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-010 | Room 13 Southwest Corner | 2 | None Detected (Tile) / None Detected (Mastic) |
| 5 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-D-010 | Room 14 | 2 | None Detected (Tile) / None Detected (Mastic) |
| 6 | Gray Carpet Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-011 | Room 3 Entry | 1 | None Detected |
| 7 | Red Carpet Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-012 | Courtroom South Entrance | 1 | None Detected |

| Building No.: | AV34 | Inspector: | | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| **Building Name:** | | Field Intelligence | | | **Building Description:** | Courthouse/Office | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** |
| 8 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV34-A-013 | Men's Restroom | 2 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| 8 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV34-A-014 | Room 3 | 3 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| | | | | | | | | None Detected (Texture) |
| 8 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV34-A-015 | Room 3 North Wall | 2 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| 8 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV34-A-016 | Room 1 | 3 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| | | | | | | | | None Detected (Texture) |

Naval Station Guantanamo Bay, Cuba                                                          Asbestos Survey Report

| Building No.: | AV34 | Inspector: | | Scott Brown | | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|---|
| Building Name: | | Field Intelligence | | | | Building Description: | Courthouse/Office | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content | |
| 8 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV34-A-017 | Room 2 Office | 3 | None Detected (Drywall) | |
| | | | | | | | | None Detected (Joint Compound) | |
| | | | | | | | | None Detected (Texture) | |
| 4 | 12" Older Tan Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-018 | Room 12 Northeast Corner | 2 | None Detected (Tile) | |
| | | | | | | | | None Detected (Mastic) | |
| 9 | Maroon Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-019 | Room 1 Entry | 1 | None Detected | |
| 9 | Maroon Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-020 | Room 3 | 1 | None Detected | |
| 9 | Maroon Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-D-020 | Room 3 | 1 | None Detected | |
| 9 | Maroon Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-021 | Room 8 | 1 | None Detected | |
| 10 | Gray Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-022 | Room 13 Southwest Corner | 1 | None Detected | |

Naval Station Guantanamo Bay, Cuba                                                                    Asbestos Survey Report

| Building No.: | AV34 | Inspector: | | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | | Field Intelligence | | | Building Description: | | Courthouse/Office | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 10 | Gray Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-023 | Room 14 | 1 | None Detected |
| 10 | Gray Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-024 | Courtroom | 1 | None Detected |
| 13 | Brown Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-025 | Room 15 | 1 | None Detected |
| 14 | 2'x4' Ceiling Panel with Gouges | Good | Non-Friable | NA | NSGB-BAV34-A-026 | Room 15 | 1 | None Detected |
| 14 | 2'x4' Ceiling Panel with Gouges | Good | Non-Friable | NA | NSGB-BAV34-A-027 | Room 15 | 1 | None Detected |
| 14 | 2'x4' Ceiling Panel with Gouges | Good | Non-Friable | NA | NSGB-BAV34-A-028 | Room 15 | 1 | None Detected |
| 16 | Gray Stair Tread Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-029 | First Floor Stair Run | 1 | None Detected |
| 16 | Gray Stair Tread Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-030 | 2nd Floor Stair Run | 1 | None Detected |
| 16 | Gray Stair Tread Mastic | Good | Non-Friable | NA | NSGB-BAV34-D-030 | 2nd Floor Stair Run | 1 | None Detected |

Naval Station Guantanamo Bay, Cuba                                                                Asbestos Survey Report

| Building No.: | AV34 | Inspector: | | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| **Building Name:** | | Field Intelligence | | | **Building Description:** | | Courthouse/Office | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** |
| 17 | 12" White Floor Tile with Brown Specks and Mastic | Good | Non-Friable | 761 ft$^2$ | NSGB-BAV34-A-031 | 2nd Floor Landing | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 17 | 12" White Floor Tile with Brown Specks and Mastic | Good | Non-Friable | 761 ft$^2$ | NSGB-BAV34-A-032 | 2nd Floor Hall at South Transition | 3 | None Detected (White Tile) |
| | | | | | | | | None Detected (Mastic) |
| | | | | | | | | **4% Chrysotile (Tan Tile)** |
| 17 | 12" White Floor Tile with Brown Specks and Mastic | Good | Non-Friable | 761 ft$^2$ | NSGB-BAV34-A-033 | 2nd Floor Hall Outside Room 200 | 1 | None Detected |
| 18 | 12" Tan Floor Tile with Brown Specks and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-034 | Hall Outside Women's Restroom | 1 | None Detected |
| 18 | 12" Tan Floor Tile with Brown Specks and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-035 | Room 215A | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |

| Building No.: | AV34 | Inspector: | | Scott Brown | | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|---|
| **Building Name:** | | Field Intelligence | | | | **Building Description:** | Courthouse/Office | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | | **Location** | **Sample Layers** | **Asbestos Content** |
| 18 | 12" Tan Floor Tile with Brown Specks and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-036 | | Room 213 | 2 | None Detected (Tile) |
| | | | | | | | | | None Detected (Mastic) |
| 19 | Red/Brown Carpet Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-037 | | Room 210 | 1 | None Detected |
| 20 | Black Stair Tread | Good | Non-Friable | NA | NSGB-BAV34-A-038 | | 2nd/3rd Floor Stair Landing | 1 | None Detected |
| 20 | Black Stair Tread | Good | Non-Friable | NA | NSGB-BAV34-A-039 | | 3rd Floor Landing to 3rd Floor | 1 | None Detected |
| 20 | Black Stair Tread | Good | Non-Friable | NA | NSGB-BAV34-A-040 | | 4th Floor Land to 4th Floor | 1 | None Detected |
| 20 | Black Stair Tread | Good | Non-Friable | NA | NSGB-BAV34-D-040 | | 4th Floor Land to 4th Floor | 1 | None Detected |
| 21 | 12" Blue Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-041 | | 3rd Floor Landing to 3rd Floor | 2 | None Detected (Tile) |
| | | | | | | | | | None Detected (Mastic) |
| 21 | 12" Blue Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-042 | | 3rd Floor Landing to 3rd Floor | 2 | None Detected (Tile) |
| | | | | | | | | | None Detected (Mastic) |

| Building No.: | AV34 | Inspector: | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|
| **Building Name:** | Field Intelligence | | | **Building Description:** | Courthouse/Office | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** |

| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
|---|---|---|---|---|---|---|---|---|
| 21 | 12" Blue Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-043 | 4th Floor Landing | 2 | None Detected (Tile) <br> None Detected (Mastic) |
| 22 | 12" Dark Brown Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-044 | 3rd Floor Side Room | 4 | None Detected (Brown Tile) <br> None Detected (Black Mastic) <br> None Detected (Tan Tile) <br> None Detected (Black Mastic) |
| 22 | 12" Dark Brown Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-045 | 3rd Floor Side Room | 4 | None Detected (Brown Tile) <br> None Detected (Black Mastic) <br> None Detected (Tan Tile) <br> None Detected (Black Mastic) |

| Building No.: | AV34 | Inspector: | | Scott Brown | | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|---|
| **Building Name:** | | Field Intelligence | | | | **Building Description:** | Courthouse/Office | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | | **Location** | **Sample Layers** | **Asbestos Content** |
| 22 | 12" Dark Brown Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-046 | | 3rd Floor Side Room | 3 | None Detected (Brown Tile) |
| | | | | | | | | | None Detected (Black Mastic) |
| | | | | | | | | | None Detected (Tan Tile) |
| 23 | Brown Carpet Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-047 | | 4th Floor | 2 | None Detected (Carpet) |
| | | | | | | | | | None Detected (Mastic) |
| 24 | 12" White Floor Tile with Black Specks and Mastic | Good | Non-Friable | 580 ft² | NSGB-BAV34-A-048 | | 3rd Floor | 3 | None Detected (White Tile) |
| | | | | | | | | | None Detected (Black Mastic) |
| | | | | | | | | | **6% Chrysotile (Tan Tile)** |
| 24 | 12" White Floor Tile with Black Specks and Mastic | Good | Non-Friable | 580 ft² | NSGB-BAV34-A-049 | | 3rd Floor | 1 | None Detected (Tile) |
| 25 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-050 | | Room 215A | 2 | None Detected (Covebase) |
| | | | | | | | | | None Detected (Mastic) |

| Building No.: | AV34 | Inspector: | Scott Brown | | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | | Field Intelligence | | | | Building Description: | Courthouse/Office | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 25 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-D-050 | Room 215A | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 25 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-051 | Room 215B | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 25 | Black Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-052 | Room 215C | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 26 | 2'x4' Acoustic Ceiling Panels | Good | Friable | NA | NSGB-BAV34-A-053 | Room 212 | | None Detected |
| 26 | 2'x4' Acoustic Ceiling Panels | Good | Friable | NA | NSGB-BAV34-A-054 | Rom 212 | 1 | None Detected |
| 26 | 2'x4' Acoustic Ceiling Panels | Good | Friable | NA | NSGB-BAV34-A-055 | Room 212 | 1 | None Detected |
| 27 | Gray Covebase Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-056 | Room 210 – CO's Office | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |

| Building No.: | AV34 | Inspector: | | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | | Field Intelligence | | | Building Description: | | Courthouse/Office | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 28 | Textured Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV34-A-057 | Room 210 – CO's Office | 3 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| | | | | | | | | None Detected (Texture) |
| 28 | Textured Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV34-A-058 | Room 210 – CO's Office | 3 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| | | | | | | | | None Detected (Texture) |
| 28 | Textured Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV34-A-059 | Room 210 – CO's Office | 3 | None Detected (Drywall) |
| | | | | | | | | None Detected (Joint Compound) |
| | | | | | | | | None Detected (Texture) |
| 29 | 12" White Acoustic Wall Tiles with Gouges and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-060 | Room 215B | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |

| Building No.: | AV34 | Inspector: | | Scott Brown | | | Survey Date: | 11-30-16 |
|---|---|---|---|---|---|---|---|---|
| **Building Name:** | | Field Intelligence | | | **Building Description:** | Courthouse/Office | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** |
| 29 | 12" White Acoustic Wall Tiles with Gouges and Mastic | Good | Non-Friable | NA | NSGB-BAV34-D-060 | Room 215B | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 29 | 12" White Acoustic Wall Tiles with Gouges and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-061 | Room 215C | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 30 | 12" White Acoustic Wall Tiles with Holes and Mastic | Good | Non-Friable | NA | NSGB-BAV34-A-062 | 4th Floor | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 31 | Cementitious Siding | Good | Non-Friable | 12,004 ft² | PRESUMED | Exterior Walls | NA | **Presumed Asbestos-Containing Material** |

Notes
Ft²   Square Feet
NA   not applicable



BUILDING AV34
FIRST FLOOR PLAN

APPROXIMATE SCALE

NORTH

FIRST FLOOR
1/8" = 1'-0"

NORTH

0   10   20   30

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 |
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

MultiMAC JV

Naval Station Guantanamo Bay, Cuba

Building AV34 - First Floor
Floor Materials

FIGURE

AV34-1F

This page is intentionally blank.



BUILDING AV34
SECOND FLOOR PLAN

APPROXIMATE SCALE

NORTH

0    10    20    30

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 |
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

Naval Station Guantanamo Bay, Cuba

Building AV34 - Second Floor
Floor Materials

FIGURE

**AV34-2F**

This page is intentionally blank.



BUILDING AV34
THIRD & FOURTH FLOOR PLANS

APPROXIMATE SCALE

0     5     10     15

NORTH

| PROJECT NO. : | 5023-16-0030 |
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

Naval Station Guantanamo Bay, Cuba

Building AV34 - Third/Fourth Floors
Floor Materials

FIGURE

AV34-3F
AV34-4F

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

This page is intentionally blank.



BUILDING AV34
FIRST FLOOR PLAN
APPROXIMATE SCALE

NORTH

0   10   20   30

| PROJECT NO. : | 5023-16-0030 |
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

Naval Station Guantanamo Bay, Cuba

Building AV34 - First Floor
Wall Materials

FIGURE

AV34-1W

MultiMAC JV

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

This page is intentionally blank.



BUILDING AV34
SECOND FLOOR PLAN

APPROXIMATE SCALE

NORTH

0   10   20   30

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | Naval Station Guantanamo Bay, Cuba | FIGURE |
| DATE : | MARCH 2017 | MultiMAC JV | | AV34-2W |
| DRAWN BY : | RMH | | Building AV34 - Second Floor | |
| CHECKED BY : | SB | | Wall Materials | |

This page is intentionally blank.



A062

THIRD FLOOR
1/8" = 1'-0"          NORTH

FOURTH FLOOR
1/8" = 1'-0"          NORTH

NORTH

APPROXIMATE SCALE
**BUILDING AV34**
THIRD & FOURTH FLOOR PLANS

0    5    10    15

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 |
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

**MultiMAC**JV

**Naval Station Guantanamo Bay, Cuba**

Building AV34 - Third/Fourth Floors
Wall Materials

FIGURE

*AV34-3W*
*AV34-4W*

This page is intentionally blank.



APPROXIMATE SCALE
# BUILDING AV34
FIRST FLOOR PLAN

0    10    20    30

FIRST FLOOR
1/8" = 1'-0"

NORTH

NORTH

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | Naval Station Guantanamo Bay, Cuba | FIGURE |
|---|---|---|---|---|
| DATE : | MARCH 2017 | MultiMAC JV | Building AV34 - First Floor | **AV34-1C** |
| DRAWN BY : | RMH | | Ceiling Materials | |
| CHECKED BY : | SB | | | |

A028

A026

A027

This page is intentionally blank.



APPROXIMATE SCALE
# BUILDING AV34
SECOND FLOOR PLAN

0    10    20    30

NORTH

SECOND FLOOR
1/8" = 1'-0"

NORTH

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | Naval Station Guantanamo Bay, Cuba | FIGURE |
| DATE : | MARCH 2017 | MultiMAC JV | | |
| DRAWN BY : | RMH | | Building AV34 - Second Floor | AV34-2C |
| CHECKED BY : | SB | | Ceiling Materials | |

A054   A055

A053

This page is intentionally blank.



THIRD FLOOR
1/8" = 1'-0"

FOURTH FLOOR
1/8" = 1'-0"

NORTH

APPROXIMATE SCALE

# BUILDING AV34
THIRD & FOURTH FLOOR PLANS

0   10   20   30

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 |
|---|---|
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

**Naval Station Guantanamo Bay, Cuba**

Building AV34 - Third/Fourth Floors
Ceiling Materials

FIGURE

*AV34-3C*
*AV34-4C*

MultiMAC JV

This page is intentionally blank.

# BUILDING AV34

HM001 - 12" Tan Mottled Floor Tile and Mastic

HM002 - 12" Beige Mottled Floor Tile and Mastic

HM003 - 12" White Speckle Floor Tile and Mastic

HM004 - 12" Older Tan Mottled Floor Tile and Mastic

HM005 - 12" White Mottled Floor Tile and Mastic

HM006 - Gray Carpet Mastic

HM007 - Red Carpet Mastic

HM008 - Drywall and Joint Compound

HM009 - Maroon Covebase Mastic

HM010 - Gray Covebase Mastic

HM011 - NA

HM012 - NA

HM013 - Brown Covebase Mastic

HM014 - 2'x4' Ceiling Panel with Gouges

HM015 - NA

HM016 - Gray Stair Tread Mastic

HM017 - 12" White Floor Tile with Brown Specks and Mastic

HM018 - 12" Tan Floor Tile with Brown Specks and Mastic

HM019 - Red/Brown Carpet Mastic

HM020 - Black Stair Tread

HM021 - 12" Blue Floor Tile and Mastic

| PROJECT NO. : 5023-16-0030 |  | Naval Station Guantanamo Bay, Cuba | FIGURE |
|---|---|---|---|
| DATE : MARCH 2017 | | | |
| DRAWN BY : RMH | | LEGEND | AV34 |
| CHECKED BY : SB | | | |

This page is intentionally blank.

# BUILDING AV34

HM022 - 12" Dark Brown Floor Tile and Mastic

HM023 - Brown Carpet Mastic

HM024 - 12" White Floor Tile with Black Specks and Mastic

HM025 - Black Covebase Mastic

HM026 - 2'x4' Acoustic Ceiling Panel

HM027 - Gray Covebase Mastic

HM028 - Textured Drywall and Joint Compound

HM029 - 12" White Acoustic Wall Tile with Gouges and Mastic

HM030 - 12" White Acoustic Wall Tile with Holes and Mastic

HM031 - Cementitious Siding

HM = Homogeneous Material

A = Asbestos

A001   Sample Location

| PROJECT NO. : | | | |
|---|---|---|---|
| 5023-16-0030 | | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
| DATE : MARCH 2017 | | | |
| DRAWN BY : RMH |  | LEGEND | ***AV34*** |
| CHECKED BY : SB | | | |

This page is intentionally blank.



# METROPOLITAN SOLUTIONS

*Business Solutions for Environmental Problems*

| Laboratory Information | |
|---|---|
| **METRO REPORT NUMBER** | 17031574 KME |
| **REPORT DATE** | 3/17/2017 |
| **TYPE of ANALYSIS** | **Asbestos Bulk PLM** |
| **BASIS for ANALYSIS** | **EPA 600/R-93/116** |
| **CA ELAP Certification Number** | **2985** |

| Client Information | |
|---|---|
| **Client** | MultiMAC Joint Venture |
| | 9177 Sky Park Court |
| | San Diego, CA 92123 |

| | |
|---|---|
| **Project Title** | Lant Asbestos |
| **Project Number/Location** | 5023150030/ NB Guantanamo Bay |
| **Req/Item or Other Identifier** | Building #AV34 |
| **Purchase Order Number** | |
| **Turnaround Time** | 1 DAY |
| **Date/Time Sampled** | 11/30/2016 |
| **Date/Time Received** | 3/15/2017 |
| **Date/Time Analyzed** | 3/17/2017 |
| **Number of Samples** | 68 |
| **Sampler** | Scott Brown |

| DISCLAIMERS/ General Info |
|---|
| The report shall only be reproduced in full unless consent for partial reporting is granted from the laboratory. |
| This report is confidential and intended only for the organization requesting analyses. |
| The reporting limit is a lab determined value that represents the lowest validated containment concentration. It is affected by the analytical capabilities of the method, the equipment, and the amount of sample tested . |
| Unless otherwise noted below, 1) All quality control results associated with each sample set were within acceptable ranges, 2) All samples were received in acceptable condition, 3) results for all solid matrices are reported "as received"; 4) Results are corrected for instrument blanks; 5) BRL= Below Reporting Limit. |
| Unused sample material will be disposed of after 14 days. |

| Additional Comments |
|---|
| Analyses subcontracted to San Air |

I certify that these data are in compliance both technically and for completeness

*Joseph Evans*

**Metropolitan Solutions Laboratory Director**

| CA | VA | WA | FL |
|---|---|---|---|
| 2500 Hoover Ave Ste. G | 1420 Chestnut Avenue | 423 Pacific Ave. Suite 105 | 400 Levy Street |
| National City CA 91950 | Portsmouth VA 23704 | Bremerton WA 98337 | Atlantic Beach FL 32233 |
| 619.333.2445 | 757.853.4000 | 360.799.5699 | 904.320.0011 |

This page is intentionally blank.

# SanAir Technologies Laboratory

## Analysis Report

### prepared for

## Metropolitan Solutions Inc

**Report Date: 3/16/2017**
**Project Name: Lant Asbestos NB**
**Guantanamo Bay 5023150030**
**Project #: 17031574 KME**
**SanAir ID#: 17009323**



NVLAP LAB CODE 200870-0



Virginia
SBE
Certification # 652931

Texas
*Licensed*
*Mold Analysis*
*Laboratory*
License # LAB0166





SanAir
Technologies Laboratory



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com     E-mail: iaq@sanair.com

**Metropolitan Solutions Inc**
**1420 Chestnut Street**
**Portsmouth, VA  23704**

March 16, 2017

| | |
|---|---|
| SanAir ID # | 17009323 |
| Project Name: | Lant Asbestos NB Guantanamo Bay 5023150030 |
| Project Number: | 17031574 KME |

Dear Joseph Evans,

We at SanAir would like to thank you for the work you recently submitted. The 68 sample(s) were received on Thursday, March 16, 2017 via FedEx.  The final report(s) is enclosed for the following sample(s): NSGB-BAV34-A-001, NSGB-BAV34-A-002, NSGB-BAV34-A-003, NSGB-BAV34-A-004, NSGB-BAV34-A-005, NSGB-BAV34-A-006, NSGB-BAV34-A-007, NSGB-BAV34-A-008, NSGB-BAV34-A-009, NSGB-BAV34-A-010, NSGB-BAV34-D-010, NSGB-BAV34-A-011, NSGB-BAV34-A-012, NSGB-BAV34-A-013, NSGB-BAV34-A-014, NSGB-BAV34-A-015, NSGB-BAV34-A-016, NSGB-BAV34-A-017, NSGB-BAV34-A-018, NSGB-BAV34-A-019, NSGB-BAV34-A-020, NSGB-BAV34-D-020, NSGB-BAV34-A-021, NSGB-BAV34-A-022, NSGB-BAV34-A-023, NSGB-BAV34-A-024, NSGB-BAV34-A-025, NSGB-BAV34-A-026, NSGB-BAV34-A-027, NSGB-BAV34-A-028, NSGB-BAV34-A-029, NSGB-BAV34-A-030, NSGB-BAV34-D-030, NSGB-BAV34-A-031, NSGB-BAV34-A-032, NSGB-BAV34-A-033, NSGB-BAV34-A-034, NSGB-BAV34-A-035, NSGB-BAV34-A-036, NSGB-BAV34-A-037, NSGB-BAV34-A-038, NSGB-BAV34-A-039, NSGB-BAV34-A-040, NSGB-BAV34-D-040, NSGB-BAV34-A-041, NSGB-BAV34-A-042, NSGB-BAV34-A-043, NSGB-BAV34-A-044, NSGB-BAV34-A-045, NSGB-BAV34-A-046, NSGB-BAV34-A-047, NSGB-BAV34-A-048, NSGB-BAV34-A-050, NSGB-BAV34-D-050, NSGB-BAV34-A-051, NSGB-BAV34-A-052, NSGB-BAV34-A-053, NSGB-BAV34-A-054, NSGB-BAV34-A-055, NSGB-BAV34-A-056, NSGB-BAV34-A-057, NSGB-BAV34-A-058, NSGB-BAV34-A-059, NSGB-BAV34-A-060, NSGB-BAV34-D-060, NSGB-BAV34-A-061, NSGB-BAV34-A-062.  The following sample(s) were unusable and were not tested: NSGB-BAV34-A-049.

These results only pertain to this job and should not be used in the interpretation of any other job. This report is only complete in its entirety. Refer to the listing below of the pages included in a complete final report.

Sincerely,

*Sandra Sobrino*

Sandra Sobrino
Asbestos & Materials Laboratory Manager
SanAir Technologies Laboratory



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009323

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-001 / 17009323-001 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-001 / 17009323-001 12" Floor Tile And Mastic, Mastic | | | | Not Submitted |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-002 / 17009323-002 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-002 / 17009323-002 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-003 / 17009323-003 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-003 / 17009323-003 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-004 / 17009323-004 12" Floor Tile And Mastic, Floor Tile | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-004 / 17009323-004 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 3 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177   Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com   E-mail: iaq@sanair.com

**Lab ID Number**

**17009323**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-005 / 17009323-005 12" Floor Tile And Mastic, Floor Tile | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-005 / 17009323-005 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-006 / 17009323-006 12" Floor Tile And Mastic, Floor Tile | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-006 / 17009323-006 12" Floor Tile And Mastic, Mastic | | | | Not Submitted |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-007 / 17009323-007 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-007 / 17009323-007 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-008 / 17009323-008 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-008 / 17009323-008 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: *Susan P. Childress*

Analysis Date: 3/16/2017

Approved Signatory: *[signature]*

Date: 3/16/2017

Page 4 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com   E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009323

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-009 / 17009323-009 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-009 / 17009323-009 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-010 / 17009323-010 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-010 / 17009323-010 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-D-010 / 17009323-011 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-D-010 / 17009323-011 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-011 / 17009323-012 Carpet Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-012 / 17009323-013 Carpet Mastic | Cream Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 5 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009323

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-013 / 17009323-014 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV34-A-013 / 17009323-014 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-014 / 17009323-015 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV34-A-014 / 17009323-015 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-014 / 17009323-015 Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-015 / 17009323-016 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV34-A-015 / 17009323-016 Drywall And Joint Compound, Joint Compound | | | | Not Submitted |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-016 / 17009323-017 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV34-A-016 / 17009323-017 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-016 / 17009323-017 Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 6 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

**17009323**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-017 / 17009323-018 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV34-A-017 / 17009323-018 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-017 / 17009323-018 Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-018 / 17009323-019 12" Older Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-018 / 17009323-019 12" Older Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-019 / 17009323-020 Cove Base Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-020 / 17009323-021 Cove Base Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-D-020 / 17009323-022 Cove Base Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 7 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com   E-mail: iaq@sanair.com

SanAir ID Number

**17009323**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-021 / 17009323-023 Cove Base Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-022 / 17009323-024 Cove Base Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-023 / 17009323-025 Cove Base Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-024 / 17009323-026 Cove Base Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-025 / 17009323-027 Cove Base Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-026 / 17009323-028 2'x4' Ceiling Panel | White Fibrous Homogeneous | 60% Cellulose 20% Glass | 20% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com   E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009323

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-027 / 17009323-029 2'x4' Ceiling Panel | White Fibrous Homogeneous | 60% Cellulose 20% Glass | 20% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-028 / 17009323-030 2'x4' Ceiling Panel | White Fibrous Homogeneous | 60% Cellulose 20% Glass | 20% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-029 / 17009323-031 Stair Tread Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-030 / 17009323-032 Stair Tread Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-D-030 / 17009323-033 Stair Tread Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-031 / 17009323-034 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-031 / 17009323-034 12" Floor Tile And Mastic, Mastic | Cream Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009323

**FINAL REPORT**

| | |
|---|---|
| **Name:** Metropolitan Solutions Inc | **Project Number:** 17031574 KME |
| **Address:** 1420 Chestnut Street | **P.O. Number:** 2017-1282 |
| Portsmouth, VA  23704 | **Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030 |

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-032 / 17009323-035 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-032 / 17009323-035 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-032 / 17009323-035 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 96% Other | 4% Chrysotile |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-033 / 17009323-036 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-033 / 17009323-036 12" Floor Tile And Mastic, Mastic | | | | Not Submitted |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-034 / 17009323-037 12" Floor Tile And Mastics, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-034 / 17009323-037 12" Floor Tile And Mastics, Mastic | | | | Not Submitted |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-035 / 17009323-038 12" Floor Tile And Mastics, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-035 / 17009323-038 12" Floor Tile And Mastics, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009323

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-036 / 17009323-039 12" Floor Tile And Mastics, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-036 / 17009323-039 12" Floor Tile And Mastics, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-037 / 17009323-040 Carpet Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-038 / 17009323-041 Stair Tread | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-039 / 17009323-042 Stair Tread | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-040 / 17009323-043 Stair Tread | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-D-040 / 17009323-044 Stair Tread | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: *Susan P. Childress*

Approved Signatory: *[signature]*

Analysis Date: 3/16/2017

Date: 3/16/2017

Page 11 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

**17009323**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-041 / 17009323-045 12" Floor Tile And Mastic, Floor Tile | Blue Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-041 / 17009323-045 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-042 / 17009323-046 12" Floor Tile And Mastic, Floor Tile | Blue Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-042 / 17009323-046 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-043 / 17009323-047 12" Floor Tile And Mastic, Floor Tile | Blue Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-043 / 17009323-047 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-044 / 17009323-048 12" Floor Tile And Mastic, Floor Tile | Brown Non-Fibrous Homogeneous | 3% Cellulose | 97% Other | None Detected |
| NSGB-BAV34-A-044 / 17009323-048 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-044 / 17009323-048 12" Floor Tile And Mastic, Floor Tile | Tan Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-044 / 17009323-048 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 12 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

SanAir ID Number

**17009323**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-045 / 17009323-049 12" Floor Tile And Mastic, Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-045 / 17009323-049 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-045 / 17009323-049 12" Floor Tile And Mastic, Tile | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-045 / 17009323-049 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-046 / 17009323-050 12" Floor Tile And Mastic, Tile | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-046 / 17009323-050 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-046 / 17009323-050 12" Floor Tile And Mastic, Tile | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-047 / 17009323-051 Carpet Mastic, Carpet | Various Fibrous Heterogeneous | 85% Synthetic | 15% Other | None Detected |
| NSGB-BAV34-A-047 / 17009323-051 Carpet Mastic, Mastic | Brown Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 13 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com  E-mail: iaq@sanair.com

**SanAir ID Number**

**17009323**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-048 / 17009323-052 12" Floor Tile And Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-048 / 17009323-052 12" Floor Tile And Mastic, Mastic | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-048 / 17009323-052 12" Floor Tile And Mastic, Tile | Tan Non-Fibrous Homogeneous | | 94% Other | 6% Chrysotile |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-049 / 17009323-053 12" Floor Tile And Mastic, Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-049 / 17009323-053 Material 12" Floor Tile And Mastic, Mastic | | | | Insufficient |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-050 / 17009323-054 Cove Base Mastic, Cove Base | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-050 / 17009323-054 Cove Base Mastic, Mastic | Beige Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-D-050 / 17009323-055 Cove Base Mastic, Cove Base | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-D-050 / 17009323-055 Cove Base Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 14 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

**SanAir ID Number**

**17009323**

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-051 / 17009323-056 Cove Base Mastic, Cove Base | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-051 / 17009323-056 Cove Base Mastic, Mastic | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-052 / 17009323-057 Cove Base Mastic, Cove Base | Black Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-052 / 17009323-057 Cove Base Mastic, Mastic | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-053 / 17009323-058 2'x4' Acoustic Ceiling Panels | White Fibrous Homogeneous | 50% Cellulose 35% Min. Wool | 15% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-054 / 17009323-059 2'x4' Acoustic Ceiling Panels | White Fibrous Homogeneous | 50% Cellulose 35% Min. Wool | 15% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-055 / 17009323-060 2'x4' Acoustic Ceiling Panels | White Fibrous Homogeneous | 50% Cellulose 35% Min. Wool | 15% Other | None Detected |

**Certification**

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 15 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009323

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-056 / 17009323-061 Cove Base Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-056 / 17009323-061 Cove Base Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-057 / 17009323-062 Textured Drywall And Joint Compound, Drywall | Cream Non-Fibrous Homogeneous | 5% Cellulose 2% Glass | 93% Other | None Detected |
| NSGB-BAV34-A-057 / 17009323-062 Textured Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-057 / 17009323-062 Textured Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-058 / 17009323-063 Textured Drywall And Joint Compound, Drywall | Cream Non-Fibrous Homogeneous | 5% Cellulose 2% Glass | 93% Other | None Detected |
| NSGB-BAV34-A-058 / 17009323-063 Textured Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-058 / 17009323-063 Textured Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-059 / 17009323-064 Textured Drywall And Joint Compound, Drywall | Cream Non-Fibrous Homogeneous | 5% Cellulose 2% Glass | 93% Other | None Detected |
| NSGB-BAV34-A-059 / 17009323-064 Textured Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV34-A-059 / 17009323-064 Textured Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

**Certification**

Analyst: Susan P. Childress

Analysis Date: 3/16/2017

Approved Signatory:

Date: 3/16/2017

Page 16 of 21



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com   E-mail: iaq@sanair.com

**Lab ID Number**

## 17009323

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031574 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 11/30/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 6:03:40 PM
**Analyst:** Rouillard, Elliott
Robertson, Erin
Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-060 / 17009323-065 12" Acoustic Wall Tiles And Mastic, Wall Tile | Beige Fibrous Homogeneous | 40% Cellulose 40% Min. Wool | 20% Other | None Detected |
| NSGB-BAV34-A-060 / 17009323-065 12" Acoustic Wall Tiles And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-D-060 / 17009323-066 12" Acoustic Wall Tiles And Mastic, Wall Tile | Beige Fibrous Homogeneous | 40% Cellulose 40% Min. Wool | 20% Other | None Detected |
| NSGB-BAV34-D-060 / 17009323-066 12" Acoustic Wall Tiles And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-061 / 17009323-067 12" Acoustic Wall Tiles And Mastic, Wall Tile | Beige Fibrous Homogeneous | 40% Cellulose 40% Min. Wool | 20% Other | None Detected |
| NSGB-BAV34-A-061 / 17009323-067 12" Acoustic Wall Tiles And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV34-A-062 / 17009323-068 12" Acoustic Wall Tiles And Mastic, Wall Tile | Beige Fibrous Homogeneous | 40% Cellulose 40% Min. Wool | 20% Other | None Detected |
| NSGB-BAV34-A-062 / 17009323-068 12" Acoustic Wall Tiles And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

**Certification**

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _____

Date: 3/16/2017

Page 17 of 21

## Disclaimer

The final report cannot be reproduced, except in full, without written authorization from SanAir. Fibers smaller than 5 microns cannot be seen with this method due to scope limitations. The accuracy of the results is dependent upon the clients sampling procedure and information provided to the laboratory by the client. SanAir assumes no responsibility for the sampling procedure and will provide evaluation reports based solely on the sample and information provided by the client. This report may not be used by the client to claim product endorsement by NVLAP or any other agency of the U.S. government.

For NY state samples, method EPA 600/M4-82-020 is performed.

Polarized- light microscopy is not consistently reliable in detecting asbestos in floor covering and similar non-friable organically bound materials. Quantitative transmission electron microscopy is currently the only method that can be used to determine if this material can be considered or treated as non-asbestos containing.

NY ELAP lab ID 11983

# CHAIN OF CUSTODY

1703)574 KmE

| Client: MultiMAC Joint Venture | TURNAROUND | | TEST | | REPORT #: |
|---|---|---|---|---|---|
| Address: 9177 Sky Park Court | URGENT <6 Hours* | | Asbestos PCM/ TEM (Air) | | |
| City, State, Zip: San Diego | Same Day Rush* | | Asbestos PLM (Solid) | X | |
| California, 92123 | 1 Day Rush* | | Metals in Air | | **METROPOLITAN SOLUTIONS** |
| Contact: Scott Brown | 1 Day | | Metals in Wipe | | 2500 Hoover Avenue, Suite G |
| Phone: 858-514-7724 | 2 Day | | Metal in Soil | | National City, CA 91950 |
| Mobile: 619-315-7245 | 3 Day | | Metal in Paint | | |
| Project Name: Lant Asbestos | x | 5 Day | Metals in Water | | Phone: 619-333-2445 |
| Location: NB Guantanamo Bay | Other: | | TCLP RCRA 8 | | |
| | Urgent Night/Weekend* | | Mecury Soil/ Water | | www.metrosolutionsusa.com |
| Project #: 5023150030.****.**** | * SEE BELOW; Must be scheduled in advance or confirmed upon receipt | | Other: | | |
| PO | | | | | |
| Other: None | | | | | |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV34-A-001 | AV34 | 12" Tan Mottled Floor Tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-002 | AV34 | 12" Tan Mottled Floor Tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-003 | AV34 | 12" Tan Mottled Floor Tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-004 | AV34 | 12" Beige mottled Floor Tile and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-005 | AV34 | 12" Beige mottled Floor Tile and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-006 | AV34 | 12" Beige mottled Floor Tile and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-007 | AV34 | 12" White Speckle Floor Tile and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-008 | AV34 | 12" Older Tan mottled floor tile and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-009 | AV34 | 12" Older Tan mottled floor tile and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-010 | AV34 | 12" White Mottled Floor Tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-D-010 | AV34 | 12" White Mottled Floor Tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-011 | AV34 | Gray Carpet Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-012 | AV34 | Red Carpet Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-013 | AV34 | Drywall and Joint Compound | 11/30/16 | None |
| | NSGB-BAV34-A-014 | AV34 | Drywall and Joint Compound | 11/30/16 | None |
| | NSGB-BAV34-A-015 | AV34 | Drywall and Joint Compound | 11/30/16 | None |
| | NSGB-BAV34-A-016 | AV34 | Drywall and Joint Compound | 11/30/16 | None |
| | NSGB-BAV34-A-017 | AV34 | Drywall and Joint Compound | 11/30/16 | None |
| | NSGB-BAV34-A-018 | AV34 | 12" Older Tan mottled floor tile and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-019 | AV34 | Maroon Covebase mastic | 11/30/16 | None |
| | NSGB-BAV34-A-020 | AV34 | Maroon Covebase mastic | 11/30/16 | None |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV34-D-020 | AV34 | Maroon Covebase mastic | 11/30/16 | None |
| | NSGB-BAV34-A-021 | AV34 | Maroon Covebase mastic | 11/30/16 | None |
| | NSGB-BAV34-A-022 | AV34 | Gray Covebase Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-023 | AV34 | Gray Covebase Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-024 | AV34 | Gray Covebase Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-025 | AV34 | Brown Covebase Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-026 | AV34 | 2'x4' Ceiling Panel with gouges | 11/30/16 | None |
| | NSGB-BAV34-A-027 | AV34 | 2'x4' Ceiling Panel with gouges | 11/30/16 | None |
| | NSGB-BAV34-A-028 | AV34 | 2'x4' Ceiling Panel with gouges | 11/30/16 | None |
| | NSGB-BAV34-A-029 | AV34 | Gray Stairtread Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-030 | AV34 | Gray Stairtread Mastic | 11/30/16 | None |
| | NSGB-BAV34-D-030 | AV34 | Gray Stairtread Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-031 | AV34 | 12" White Floor Tile with brown specks and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-032 | AV34 | 12" White Floor Tile with brown specks and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-033 | AV34 | 12" White Floor Tile with brown specks and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-034 | AV34 | 12" Tan Floor Tile with brown specks and mastics | 11/30/16 | None |
| | NSGB-BAV34-A-035 | AV34 | 12" Tan Floor Tile with brown specks and mastics | 11/30/16 | None |
| | NSGB-BAV34-A-036 | AV34 | 12" Tan Floor Tile with brown specks and mastics | 11/30/16 | None |
| | NSGB-BAV34-A-037 | AV34 | Red/Brown Carpet Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-038 | AV34 | Black Stair Tread | 11/30/16 | None |
| | NSGB-BAV34-A-039 | AV34 | Black Stair Tread | 11/30/16 | None |
| | NSGB-BAV34-A-040 | AV34 | Black Stair Tread | 11/30/16 | None |
| | NSGB-BAV34-D-040 | AV34 | Black Stair Tread | 11/30/16 | None |
| | NSGB-BAV34-A-041 | AV34 | 12" Blue floor tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-042 | AV34 | 12" Blue floor tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-043 | AV34 | 12" Blue floor tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-044 | AV34 | 12" Dark Brown Floor Tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-045 | AV34 | 12" Dark Brown Floor Tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-046 | AV34 | 12" Dark Brown Floor Tile and Mastic | 11/30/16 | None |
| | NSGB-BAV34-A-047 | AV34 | Brown carpet mastic | 11/30/16 | None |
| | NSGB-BAV34-A-048 | AV34 | 12" White Floor Tile with black specks and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-049 | AV34 | 12" White Floor Tile with black specks and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-050 | AV34 | Black Covebase mastic | 11/30/16 | None |
| | NSGB-BAV34-D-050 | AV34 | Black Covebase mastic | 11/30/16 | None |
| | NSGB-BAV34-A-051 | AV34 | Black Covebase mastic | 11/30/16 | None |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV34-A-052 | AV34 | Black Covebase mastic | 11/30/16 | None |
| | NSGB-BAV34-A-053 | AV34 | 2'x4' accoustic ceiling Panels | 11/30/16 | None |
| | NSGB-BAV34-A-054 | AV34 | 2'x4' accoustic ceiling Panels | 11/30/16 | None |
| | NSGB-BAV34-A-055 | AV34 | 2'x4' accoustic ceiling Panels | 11/30/16 | None |
| | NSGB-BAV34-A-056 | AV34 | gray covebase mastic | 11/30/16 | None |
| | NSGB-BAV34-A-057 | AV34 | Textured Drywall and Joint Compound | 11/30/16 | None |
| | NSGB-BAV34-A-058 | AV34 | Textured Drywall and Joint Compound | 11/30/16 | None |
| | NSGB-BAV34-A-059 | AV34 | Textured Drywall and Joint Compound | 11/30/16 | None |
| | NSGB-BAV34-A-060 | AV34 | 12" White accoustic wall tiles with gouges and mastic | 11/30/16 | None |
| | NSGB-BAV34-D-060 | AV34 | 12" White accoustic wall tiles with gouges and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-061 | AV34 | 12" White accoustic wall tiles with gouges and mastic | 11/30/16 | None |
| | NSGB-BAV34-A-062 | AV34 | 12" White accoustic wall tiles with holes and mastic | 11/30/16 | None |

**REMARKS:** Please e-mail results to scott.brown@amecfw.com

| Sampled By (Print): | Scott Brown | | | Signature: | | | | Date: | 11/30/16 | Time: | 12:00 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Relinquished By: | | Date: | | Time: | | Received By: | | Date: | 3/15/17 | Time: | 11:00 |
| Relinquished By: | | Date: | | Time: | | Received By: | | Date: | | Time: | |

Chain of Custody documentation continued internally within laboratory.

*All special turnaround reporting requests require lab approval to ensure capabilities available to meet request.

**Urgent** - Sample reported in less than 6 hours or requires night (beyond 5pm) or weekend lab operations.

**One Day Rush** - Sample reported by NOON the next business day if received by 4pm.

**Same Day Rush** - Sample reported by 4pm same day if received into lab by 10am.

**One Day** - Sample reported by end of next business day.

This page is intentionally blank.

## BUILDING AV624 MIGRANT OPERATIONS QUARTERS – SURVEY SUMMARY

### BUILDING DESCRIPTION

Building AV624 is a two-story 16,560-square-foot building constructed in 1953 and is located on the leeward portion of the base. The building provides bachelor enlisted quarters for enlisted military personnel.

### ASBESTOS FINDINGS AND CONCLUSIONS

The survey team assigned seven (7) homogeneous materials of suspected ACM at this building. Thirty (30) samples were collected, none of which were identified as ACM. Refer to the Asbestos Inventory Summary for the quantity, condition, and analytical results of the homogeneous materials identified at Building AV624.

### RECOMMENDATIONS

No ACM was identified during the survey. Therefore, the building does not need to be included in the installation Asbestos Management Program. However, older building materials that may be ACM could be concealed beneath newer material and/or were inaccessible during the survey. It is recommended that these materials, if encountered, be sampled and analyzed for asbestos before being disturbed by renovation or demolition activities.

This page is intentionally blank.

## Asbestos Inventory Summary – Building AV624

| Building No.: | AV624 | Inspector: | | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | Migrant Operations Quarters | | | | Building Description: | | BEQ | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 1 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-001 | Room 234 | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 1 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-002 | Room 216 | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 1 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-003 | West End 2nd Deck Hallway | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 1 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-004 | 1st Deck Men's Head | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |

| Building No.: | AV624 | Inspector: | | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | | Migrant Operations Quarters | | | Building Description: | | BEQ | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 1 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-005 | Room 115 | 4 | None Detected (White Tile) |
| | | | | | | | | None Detected (Mastic) |
| | | | | | | | | None Detected (Green Tile) |
| | | | | | | | | None Detected (Mastic) |
| 1 | 12" White Mottled Floor Tile and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-006 | West End 1st Deck Hallway | 2 | None Detected (Tile) |
| | | | | | | | | None Detected (Mastic) |
| 2 | Gray Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-007 | Room 234 | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 2 | Gray Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-008 | Room 213 | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 2 | Gray Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-009 | Hallway Outside Room 202 | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |

Naval Station Guantanamo Bay, Cuba                                                      Asbestos Survey Report

| Building No.: | AV624 | Inspector: | | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | Migrant Operations Quarters | | | | Building Description: | BEQ | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 2 | Gray Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-010 | Room 129 Laundry Room | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 2 | Gray Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV624-D-010 | Room 129 Laundry Room | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 2 | Gray Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-011 | Hallway Outside Room 115 | 3 | None Detected (Covebase) |
| | | | | | | | | None Detected (Yellow Mastic) |
| | | | | | | | | None Detected (White Mastic) |
| 2 | Gray Covebase and Mastic | Good | Non-Friable | NA | NSGB-BAV624-A-012 | Room 102 | 2 | None Detected (Covebase) |
| | | | | | | | | None Detected (Mastic) |
| 3 | 2'x2' Ceiling Panel with Pinholes | Good | Friable | NA | NSGB-BAV624-A-013 | Room 135 | 1 | None Detected |
| 3 | 2'x2' Ceiling Panel with Pinholes | Good | Friable | NA | NSGB-BAV624-A-014 | Hallway Outside Mechanical Room | 1 | None Detected |

| Building No.: | AV624 | Inspector: | | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | Migrant Operations Quarters | | | | Building Description: | BEQ | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 3 | 2'x2' Ceiling Panel with Pinholes | Good | Friable | NA | NSGB-BAV624-A-015 | Room 101 | 1 | None Detected |
| 3 | 2'x2' Ceiling Panel with Pinholes | Good | Friable | NA | NSGB-BAV624-A-016 | Room 234 | 1 | None Detected |
| 3 | 2'x2' Ceiling Panel with Pinholes | Good | Friable | NA | NSGB-BAV624-A-017 | Room 224 | 1 | None Detected |
| 3 | 2'x2' Ceiling Panel with Pinholes | Good | Friable | NA | NSGB-BAV624-A-018 | Room 209 | 1 | None Detected |
| 4 | Stair Tread and Mastic | Good | Non-friable | NA | NSGB-BAV624-A-019 | Stairwell | 1 | None Detected |
| 5 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV624-A-020 | Room 234 | 3 | None Detected (Drywall) / None Detected (Joint Compound) / None Detected (Texture) |

Naval Station Guantanamo Bay, Cuba                                                          Asbestos Survey Report

| Building No.: | AV624 | Inspector: | | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|---|
| **Building Name:** | Migrant Operations Quarters | | | | **Building Description:** | BEQ | | |
| **Homogeneous Material No.** | **Sample Description** | **Condition** | **Friability** | **Quantity** | **Sample ID** | **Location** | **Sample Layers** | **Asbestos Content** |
| 5 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV624-D-020 | Room 234 | 3 | None Detected (Drywall) / None Detected (Joint Compound) / None Detected (Texture) |
| 5 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV624-A-021 | Room 216 | 3 | None Detected (Drywall) / None Detected (Joint Compound) / None Detected (Texture) |
| 5 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV624-A-022 | West End 2nd Deck Corridor | 3 | None Detected (Drywall) / None Detected (Joint Compound) / None Detected (Texture) |

Naval Station Guantanamo Bay, Cuba                                                        Asbestos Survey Report

| Building No.: | AV624 | Inspector: | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|
| Building Name: | Migrant Operations Quarters | | | | Building Description: | BEQ | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 5 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV624-A-023 | 2nd Deck Mechanical Room | 2 | None Detected (Drywall) / None Detected (Joint Compound) |
| 5 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV624-A-024 | Room 136 | 2 | None Detected (Drywall) / None Detected (Joint Compound) |
| 5 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV624-A-025 | Room 129-Laundry Room | 2 | None Detected (Drywall) / None Detected (Joint Compound) |
| 5 | Drywall and Joint Compound | Good | Friable | NA | NSGB-BAV624-A-026 | Room 106 | 2 | None Detected (Drywall) / None Detected (Joint Compound) |
| 6 | HVAC Ducting | Good | Non-Friable | NA | NSGB-BAV624-A-027 | 1st Deck Mechanical Room | 2 | None Detected (Wrap) / None Detected (Insulation) |

Naval Station Guantanamo Bay, Cuba                                                    Asbestos Survey Report

| Building No.: | AV624 | Inspector: | | Scott Brown | | | Survey Date: | 12-01-16 |
|---|---|---|---|---|---|---|---|---|
| Building Name: | | Migrant Operations Quarters | | | Building Description: | BEQ | | |
| Homogeneous Material No. | Sample Description | Condition | Friability | Quantity | Sample ID | Location | Sample Layers | Asbestos Content |
| 6 | HVAC Ducting | Good | Non-Friable | NA | NSGB-BAV624-A-028 | 2nd Deck Mechanical Room | 2 | None Detected (Wrap) |
| | | | | | | | | None Detected (Insulation) |
| 7 | Mechanical Room Flooring | Good | Non-Friable | NA | NSGB-BAV624-A-029 | 1st Deck Mechanical Room | 1 | None Detected |
| 7 | Mechanical Room Flooring | Good | Non-Friable | NA | NSGB-BAV624-A-030 | 2nd Deck Mechanical Room | 2 | None Detected (Flooring) |
| | | | | | | | | None Detected (Mortar) |
| 7 | Mechanical Room Flooring | Good | Non-Friable | NA | NSGB-BAV624-D-030 | 2rd Deck Mechanical Room | 2 | None Detected (Flooring) |
| | | | | | | | | None Detected (Mortar) |

Notes

Ft$^2$   Square Feet

NA    not applicable

This page is intentionally blank.



FIRST FLOOR PLAN
SCALE: 1/8" = 1'-0"
NOTE: SEE SHEET A-302 FOR SLEEPING ROOM DIMENSIONS

NORTH

APPROXIMATE SCALE
BUILDING AV624
FIRST FLOOR PLAN

0      20      40

NORTH

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

MultiMAC JV

| PROJECT NO. : | 5023-16-0030 | Naval Station Guantanamo Bay, Cuba | FIGURE |
| DATE : | MARCH 2017 | Building AV624 - First Floor | **AV624-1F** |
| DRAWN BY : | RMH | Floor Materials | |
| CHECKED BY : | SB | | |

This page is intentionally blank.



APPROXIMATE SCALE
# BUILDING AV624
FIRST FLOOR PLAN

NORTH

0      20      40

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | Naval Station Guantanamo Bay, Cuba | FIGURE |
| DATE : | MARCH 2017 | | |
| DRAWN BY : | RMH | Building AV624 - First Floor | AV624-1W |
| CHECKED BY : | SB | Wall Materials | |

MultiMAC JV

This page is intentionally blank.



FIRST FLOOR PLAN
SCALE: 1/8" = 1'-0"
NOTE: SEE SHEET A-302 FOR SLEEPING ROOM DIMENSIONS

NORTH

APPROXIMATE SCALE
BUILDING AV624
FIRST FLOOR PLAN

0     20     40

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 |
| DATE : | MARCH 2017 |
| DRAWN BY : | RMH |
| CHECKED BY : | SB |

Naval Station Guantanamo Bay, Cuba

Building AV624 - First Floor
Ceiling Materials

FIGURE

AV624-1C

This page is intentionally blank.



SECOND FLOOR PLAN
SCALE: 1/8" = 1'-0"
NOTE: SEE SHEET A-202 FOR SLEEPING ROOM DIMENSIONS

A003

A002

A019

A001

A030

APPROXIMATE SCALE
# BUILDING AV624
SECOND FLOOR PLAN

NORTH

0    20    40

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | | FIGURE |
|---|---|---|---|---|
| DATE : | MARCH 2017 | **Naval Station Guantanamo Bay, Cuba** | | |
| DRAWN BY : | RMH | Building AV624 - Second Floor | | ***AV624-2F*** |
| CHECKED BY : | SB | Floor Materials | | |

MultiMAC JV

This page is intentionally blank.



SECOND FLOOR PLAN
SCALE: 1/8" = 1'-0"
NOTE: SEE SHEET A-302 FOR SLEEPING ROOM DIMENSIONS

NORTH

APPROXIMATE SCALE
# BUILDING AV624
SECOND FLOOR PLAN

0    20    40

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
|---|---|---|---|
| DATE : | MARCH 2017 | | |
| DRAWN BY : | RMH | Building AV624 - Second Floor | ***AV624-2W*** |
| CHECKED BY : | SB | Wall Materials | |

MultiMAC jv

This page is intentionally blank.



SECOND FLOOR PLAN
SCALE: 1/8" = 1'-0"
NOTE: SEE SHEET A-302 FOR SLEEPING ROOM DIMENSIONS

APPROXIMATE SCALE

# BUILDING AV624
SECOND FLOOR PLAN

NORTH

0    20    40

Note:
Sample ID numbers in red indicate samples
identified as ACM through laboratory analysis.

| PROJECT NO. : | 5023-16-0030 | | **Naval Station Guantanamo Bay, Cuba** | FIGURE |
| DATE : | MARCH 2017 | MultiMAC JV | Building AV624 - Second Floor | ***AV624-2C*** |
| DRAWN BY : | RMH | | Ceiling Materials | |
| CHECKED BY : | SB | | | |

This page is intentionally blank.



# METROPOLITAN SOLUTIONS

*Business Solutions for Environmental Problems*

| Laboratory Information | |
|---|---|
| **METRO REPORT NUMBER** | 17031573 KME |
| **REPORT DATE** | 3/17/2017 |
| **TYPE of ANALYSIS** | **Asbestos Bulk PLM** |
| **BASIS for ANALYSIS** | **EPA 600/R-93/116** |
| **CA ELAP Certification Number** | **2985** |

| Client Information | |
|---|---|
| Client | MultiMAC Joint Venture |
| | 9177 Sky Park Court |
| | San Diego, CA 92123 |
| **Project Title** | Lant Asbestos |
| **Project Number/Location** | 5023150030/ NB Guantanamo Bay |
| **Req/Item or Other Identifier** | Building #AV624 |
| **Purchase Order Number** | 000515 |
| **Turnaround Time** | 1 DAY |
| **Date/Time Sampled** | 12/1/2016 |
| **Date/Time Received** | 3/15/2017 |
| **Date/Time Analyzed** | 3/17/2017 |
| **Number of Samples** | 32 |
| **Sampler** | Scott Brown |

## DISCLAIMERS/ General Info

The report shall only be reproduced in full unless consent for partial reporting is granted from the laboratory.

This report is confidential and intended only for the organization requesting analyses.

The reporting limit is a lab determined value that represents the lowest validated containment concentration. It is affected by the analytical capabilities of the method, the equipment, and the amount of sample tested .

Unless otherwise noted below, 1) All quality control results associated with each sample set were within acceptable ranges, 2) All samples were received in acceptable condition, 3) results for all solid matrices are reported "as received"; 4) Results are corrected for instrument blanks; 5) BRL= Below Reporting Limit.

Unused sample material will be disposed of after 14 days.

## Additional Comments

Analyses subcontracted to San Air

I certify that these data are in compliance both technically and for completeness

*Joseph Evans*

**Metropolitan Solutions Laboratory Director**

| CA | VA | WA | FL |
|---|---|---|---|
| 2500 Hoover Ave Ste. G | 1420 Chestnut Avenue | 423 Pacific Ave. Suite 105 | 400 Levy Street |
| National City CA 91950 | Portsmouth VA 23704 | Bremerton WA 98337 | Atlantic Beach FL 32233 |
| 619.333.2445 | 757.853.4000 | 360.799.5699 | 904.320.0011 |

This page is intentionally blank.

# SanAir Technologies Laboratory

## Analysis Report

prepared for

## Metropolitan Solutions Inc

**Report Date: 3/16/2017**
**Project Name: Lant Asbestos NB**
**Guantanamo Bay 5023150030**
**Project #: 17031573 KME**
**SanAir ID#: 17009325**








NVLAP LAB CODE 200870-0    Certification # 652931    License # LAB0166

Virginia SBE

Texas Licensed Mold Analysis Laboratory

SanAir Technologies Laboratory

**804.897.1177    www.sanair.com**



**SanAir Technologies Laboratory, Inc.**

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

Metropolitan Solutions Inc
1420 Chestnut Street
Portsmouth, VA  23704

March 16, 2017

SanAir ID #        17009325
Project Name:    Lant Asbestos NB Guantanamo Bay 5023150030
Project Number:  17031573 KME

Dear Joseph Evans,

We at SanAir would like to thank you for the work you recently submitted. The 32 sample(s) were received on Thursday, March 16, 2017 via FedEx.  The final report(s) is enclosed for the following sample(s): NSGB-BAV624-A-001, NSGB-BAV624-A-002, NSGB-BAV624-A-003, NSGB-BAV624-A-004, NSGB-BAV624-A-005, NSGB-BAV624-A-006, NSGB-BAV624-A-007, NSGB-BAV624-A-008, NSGB-BAV624-A-009, NSGB-BAV624-D-010, NSGB-BAV624-A-011, NSGB-BAV624-A-012, NSGB-BAV624-A-013, NSGB-BAV624-A-014, NSGB-BAV624-A-015, NSGB-BAV624-A-016, NSGB-BAV624-A-017, NSGB-BAV624-A-018, NSGB-BAV624-A-019, NSGB-BAV624-A-020, NSGB-BAV624-D-020, NSGB-BAV624-A-021, NSGB-BAV624-A-022, NSGB-BAV624-A-023, NSGB-BAV624-A-024, NSGB-BAV624-A-025, NSGB-BAV624-A-026, NSGB-BAV624-A-027, NSGB-BAV624-A-028, NSGB-BAV624-A-029, NSGB-BAV624-A-030, NSGB-BAV624-D-030.

These results only pertain to this job and should not be used in the interpretation of any other job. This report is only complete in its entirety. Refer to the listing below of the pages included in a complete final report.

Sincerely,

Sandra Sobrino
Asbestos & Materials Laboratory Manager
SanAir Technologies Laboratory

Final Report Includes:
    - Cover Letter
- Analysis Pages
- Disclaimers and Additional Information

sample conditions:
     3 sample(s) in Discrepancy w/ COC condition        29 sample(s) in Good condition



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**Sample ID Number**

## 17009325

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031573 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:52:44 PM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-001 / 17009325-001 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-001 / 17009325-001 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-002 / 17009325-002 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-002 / 17009325-002 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-003 / 17009325-003 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-003 / 17009325-003 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-004 / 17009325-004 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-004 / 17009325-004 12" Floor Tile And Mastic, Mastic | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-005 / 17009325-005 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-005 / 17009325-005 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-005 / 17009325-005 12" Floor Tile And Mastic, Ceramic Tile | Green Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-005 / 17009325-005 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Approved Signatory: _(signature)_

Analysis Date: 3/16/2017

Date: 3/16/2017

Page 3 of 12



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009325

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031573 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:52:44 PM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-006 / 17009325-006 12" Floor Tile And Mastic, Floor Tile | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-006 / 17009325-006 12" Floor Tile And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-007 / 17009325-007 Covebase And Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-007 / 17009325-007 Covebase And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-008 / 17009325-008 Covebase And Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-008 / 17009325-008 Covebase And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-008 / 17009325-008 Covebase And Mastic, Mastic | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-009 / 17009325-009 Covebase And Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-009 / 17009325-009 Covebase And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA 23139
804.897.1177 Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com E-mail: iaq@sanair.com

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA 23704

**Project Number:** 17031573 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:52:44 PM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-D-010 / 17009325-010 Covebase And Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-D-010 / 17009325-010 Covebase And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-011 / 17009325-011 Covebase And Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-011 / 17009325-011 Covebase And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-012 / 17009325-012 Covebase And Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-012 / 17009325-012 Covebase And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-012 / 17009325-012 Covebase And Mastic, Mastic | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-013 / 17009325-013 Covebase And Mastic, Cove Base | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-013 / 17009325-013 Covebase And Mastic, Mastic | Yellow Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009325

**FINAL REPORT**

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031573 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:52:44 PM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-014 / 17009325-014 2'x2' Ceiling Panel | White Fibrous Homogeneous | 60% Glass | 40% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-015 / 17009325-015 2'x2' Ceiling Panel | White Fibrous Homogeneous | 60% Glass | 40% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-016 / 17009325-016 2'x2' Ceiling Panel | White Fibrous Homogeneous | 60% Glass | 40% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-017 / 17009325-017 2'x2' Ceiling Panel | White Fibrous Homogeneous | 60% Glass | 40% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-018 / 17009325-018 2'x2' Ceiling Panel | White Fibrous Homogeneous | 60% Glass | 40% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-019 / 17009325-019 2'x2' Ceiling Panel | White Fibrous Homogeneous | 60% Glass | 40% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-020 / 17009325-020 Stair Tread And Mastic, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV624-A-020 / 17009325-020 Stair Tread And Mastic, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-020 / 17009325-020 Stair Tread And Mastic, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _[signature]_

Date: 3/16/2017

Page 6 of 12



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com   E-mail: iaq@sanair.com

**Sample ID Number**

**17009325**

FINAL REPORT

**Name:** Metropolitan Solutions Inc
**Address:** 1420 Chestnut Street
Portsmouth, VA  23704

**Project Number:** 17031573 KME
**P.O. Number:** 2017-1282
**Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:52:44 PM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-D-020 / 17009325-021 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV624-D-020 / 17009325-021 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-D-020 / 17009325-021 Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-021 / 17009325-022 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV624-A-021 / 17009325-022 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-021 / 17009325-022 Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-022 / 17009325-023 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV624-A-022 / 17009325-023 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-022 / 17009325-023 Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-023 / 17009325-024 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV624-A-023 / 17009325-024 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-023 / 17009325-024 Drywall And Joint Compound, Texture | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

**Certification**

Analyst: Susan P. Childress

Analysis Date: 3/16/2017

Approved Signatory:

Date: 3/16/2017

Page 7 of 12



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

**17009325**

FINAL REPORT

| | |
|---|---|
| **Name:** Metropolitan Solutions Inc | **Project Number:** 17031573 KME |
| **Address:** 1420 Chestnut Street | **P.O. Number:** 2017-1282 |
| Portsmouth, VA  23704 | **Project Name:** Lant Asbestos NB Guantanamo Bay 5023150030 |

**Collected Date:** 12/1/2016
**Received Date:** 3/16/2017 10:35:00 AM
**Report Date:** 3/16/2017 5:52:44 PM
**Analyst:** Childress, Susan

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-024 / 17009325-025 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV624-A-024 / 17009325-025 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-025 / 17009325-026 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV624-A-025 / 17009325-026 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-026 / 17009325-027 Drywall And Joint Compound, Drywall | Off-White Non-Fibrous Homogeneous | 2% Cellulose < 1% Glass | 98% Other | None Detected |
| NSGB-BAV624-A-026 / 17009325-027 Drywall And Joint Compound, Joint Compound | White Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-027 / 17009325-028 Drywall And Joint Compound, Wrap | Various Fibrous Homogeneous | 75% Cellulose 10% Glass | 15% Other | None Detected |
| NSGB-BAV624-A-027 / 17009325-028 Drywall And Joint Compound, Insulation | Yellow Fibrous Homogeneous | 98% Glass | 2% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-028 / 17009325-029 HVAC Ducting, Wrap | Various Fibrous Homogeneous | 75% Cellulose 10% Glass | 15% Other | None Detected |
| NSGB-BAV624-A-028 / 17009325-029 HVAC Ducting, Insulation | Yellow Fibrous Homogeneous | 98% Glass | 2% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Approved Signatory: _[signature]_

Analysis Date: 3/16/2017

Date: 3/16/2017

Page 8 of 12



# SanAir Technologies Laboratory, Inc.

1551 Oakbridge Drive, Suite B, Powhatan, VA  23139
804.897.1177  Toll Free: 888.895.1177 Fax: 804.897.0070
Web: http://www.sanair.com    E-mail: iaq@sanair.com

**SanAir ID Number**

## 17009325

**FINAL REPORT**

| | |
|---|---|
| **Name:** | Metropolitan Solutions Inc |
| **Address:** | 1420 Chestnut Street |
| | Portsmouth, VA  23704 |

| | |
|---|---|
| **Project Number:** | 17031573 KME |
| **P.O. Number:** | 2017-1282 |
| **Project Name:** | Lant Asbestos NB Guantanamo Bay 5023150030 |

| | |
|---|---|
| **Collected Date:** | 12/1/2016 |
| **Received Date:** | 3/16/2017 10:35:00 AM |
| **Report Date:** | 3/16/2017 5:52:44 PM |
| **Analyst:** | Childress, Susan |

## Asbestos Bulk PLM EPA 600/R-93/116

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-029 / 17009325-030 HVAC Ducting, Floor Cover | Grey Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-A-030 / 17009325-031 Mechanical Room Flooring, Flooring | Green Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-A-030 / 17009325-031 Mechanical Room Flooring, Mortar | Various Non-Fibrous Homogeneous | | 100% Other | None Detected |

| SanAir ID / Description | Stereoscopic Appearance | Components % Fibrous | % Non-Fibrous | Asbestos Fibers |
|---|---|---|---|---|
| NSGB-BAV624-D-030 / 17009325-032 Mechanical Room Flooring, Flooring | Green Non-Fibrous Homogeneous | | 100% Other | None Detected |
| NSGB-BAV624-D-030 / 17009325-032 Mechanical Room Flooring, Mortar | Various Non-Fibrous Homogeneous | | 100% Other | None Detected |

## Certification

Analyst: _Susan P. Childress_

Analysis Date: 3/16/2017

Approved Signatory: _(signature)_

Date: 3/16/2017

Page 9 of 12

## <u>Disclaimer</u>

The final report cannot be reproduced, except in full, without written authorization from SanAir. Fibers smaller than 5 microns cannot be seen with this method due to scope limitations. The accuracy of the results is dependent upon the client's sampling procedure and information provided to the laboratory by the client. SanAir assumes no responsibility for the sampling procedure and will provide evaluation reports based solely on the sample and information provided by the client. This report may not be used by the client to claim product endorsement by NVLAP or any other agency of the U.S. government.

For NY state samples, method EPA 600/M4-82-020 is performed.

Polarized- light microscopy is not consistently reliable in detecting asbestos in floor covering and similar non-friable organically bound materials. Quantitative transmission electron microscopy is currently the only method that can be used to determine if this material can be considered or treated as non-asbestos containing.

NY ELAP lab ID 11983

## CHAIN OF CUSTODY

1703157 3  KME

| Client: MultiMAC Joint Venture | TURNAROUND | | TEST | | REPORT #: |
|---|---|---|---|---|---|
| **Address:** 9177 Sky Park Court | URGENT <6 Hours* | | Asbestos PCM/ TEM (Air) | | |
| **City, State, Zip:** San Diego | Same Day Rush* | X | Asbestos PLM (Solid) | | **METROPOLITAN SOLUTIONS** |
| California, 92123 | 1 Day Rush* | | Metals in Air | | 2500 Hoover Avenue, Suite G |
| **Contact:** Scott Brown | 1 Day | | Metals in Wipe | | National City, CA 91950 |
| **Phone:** 858-514-7724 | 2 Day | | Metal in Soil | | |
| **Mobile:** 619-315-7245 | 3 Day | | Metal in Paint | | Phone: 619-333-2445 |
| **Project Name:** Lant Asbestos | x | 5 Day | Metals in Water | | |
| **Location:** NB Guantanamo Bay | Other: | | TCLP RCRA 8 | | www.metrosolutionsusa.com |
| **Project #:** 5023150030.****.**** | Urgent Night/Weekend* | | Mecury Soil/ Water | | |
| **P.O. #:** 000515 | * SEE BELOW; Must be scheduled in advance or confirmed upon receipt | | Other: | | |
| **Other:** None | | | | | |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV624-A-001 | AV624 | 12" White Motled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-002 | AV624 | 12" White Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-003 | AV624 | 12" White Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-004 | AV624 | 12" White Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-005 | AV624 | 12" White Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-006 | AV624 | 12" White Mottled Floor Tile and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-007 | AV624 | Gray Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-008 | AV624 | Gray Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-009 | AV624 | Gray Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV624-D-010 | AV624 | Gray Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-011 | AV624 | Gray Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-012 | AV624 | Gray Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-013 | AV624 | Gray Covebase and Mastic | 12/01/16 | None |
| | NSGB-BAV624-A-014 | AV624 | 2'x2' Ceiling Panel with Pinholes | 12/01/16 | None |
| | NSGB-BAV624-A-015 | AV624 | 2'x2' Ceiling Panel with Pinholes | 12/01/16 | None |
| | NSGB-BAV624-A-016 | AV624 | 2'x2' Ceiling Panel with Pinholes | 12/01/16 | None |
| | NSGB-BAV624-A-017 | AV624 | 2'x2' Ceiling Panel with Pinholes | 12/01/16 | None |
| | NSGB-BAV624-A-018 | AV624 | 2'x2' Ceiling Panel with Pinholes | 12/01/16 | None |
| | NSGB-BAV624-A-019 | AV624 | 2'x2' Ceiling Panel with Pinholes | 12/01/16 | None |
| | NSGB-BAV624-A-020 | AV624 | Stair Tread and Mastic | 12/01/16 | None |
| | NSGB-BAV624-D-020 | AV624 | Drywall and Joint Compound | 12/01/16 | None |

| Lab ID (Lab Use Only) | Sample/ Field ID | Building Number | Sample Description | Sampled Date | Comments |
|---|---|---|---|---|---|
| | NSGB-BAV624-A-021 | AV624 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV624-A-022 | AV624 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV624-A-023 | AV624 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV624-A-024 | AV624 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV624-A-025 | AV624 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV624-A-026 | AV624 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV624-A-027 | AV624 | Drywall and Joint Compound | 12/01/16 | None |
| | NSGB-BAV624-A-028 | AV624 | HVAC Ducting | 12/01/16 | None |
| | NSGB-BAV624-A-029 | AV624 | HVAC Ducting | 12/01/16 | None |
| | NSGB-BAV624-A-030 | AV624 | Mechanical room Flooring | 12/01/16 | None |
| | NSGB-BAV624-D-030 | AV624 | Mechanical room Flooring | 12/01/16 | None |

**REMARKS:** Please e-mail results to scott.brown@amecfw.com

| Sampled By (Print): | Scott Brown | | | Signature: | | | | Date: | 12/01/16 | Time: | 12:00 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Relinquished By: | | Date: | | Time: | | Received By: | Brandon Rivera | Date: | 3/15/17 | Time: | 11:00 AM |
| Relinquished By: | | Date: | | Time: | | Received By: | | Date: | | Time: | |

Chain of Custody documentation continued internally within laboratory.

*All special turnaround reporting requests require lab approval to ensure capabilities available to meet request.

| **Urgent** - Sample reported in less than 6 hours or requires night (beyond 5pm) or weekend lab operations. | **One Day Rush** - Sample reported by NOON the next business day if received by 4pm. |
|---|---|
| **Same Day Rush** - Sample reported by 4pm same day if received into lab by 10am. | **One Day** - Sample reported by end of next business day. |

# Appendix B
# ASBESTOS CERTIFICATIONS

Scott Brown

Dustin Capps

This page is intentionally blank.

# Metropolitan Solutions, Inc.

1420 Chestnut Street, Portsmouth, VA 23704 (757) 853-4000  fax: (757) 853-5744
2500 Hoover Avenue, Suite G. National City, CA 91950 (619) 333-2445

## Certificate Of Completion

### This Certifies That

## Scott Brown

3240 Cristobal Way

Spring Valley, CA 91977

5162

Has Successfully Completed The

## 16 Hour Asbestos Management Planner Course

In Compliance with Section 206 TSCA 15 USC 2646

**Training Manager:** Ronald L. Morrison

**Primary Instructor:** David Kirkwood

**Course Dates:** 11/03/16 to 11/04/16

**Course Number:** 2016-0169-AMPI

**Certificate #:** 007663

**Exam Date:** 11/04/16

**Expires:** 11/04/17

This page is intentionally blank.

# Metropolitan Laboratories, Inc.

330 County Street, Suite 100, Portsmouth, VA 23704 (757) 853-4000  fax: (757) 853-5744
2500 Hoover Avenue, Suite G. National City, CA 91950 (619) 333-2445

## Certificate Of Completion

This Certifies That

## Scott Brown

3240 Cristobal Way

Spring Valley, CA 91977

5162

Has Successfully Completed The

## 4 Hour Asbestos Inspector Refresher Course

In Compliance with Section 206 TSCA 15 USC 2646

**Training Manager:  Ron Morrison**     **Primary Instructor:  David Kirkwood**

**Course Date:**      09/09/2016
**Course Number:**  2016-0147-AIR
**Certificate #:**      007586

**Exam Date: 09/09/2016**
**Expires: 09/09/2017**

This page is intentionally blank.

# Marine Chemist Service, Inc.

Certifies that

## Dustin Capps

Has attended and successfully completed the requisite training and examination for asbestos accreditation under TSCA Title II in

# Asbestos Inspector Initial Course

*Vicki H. Harlow*

Primary Instructor

Participant

*I have attended this course and successfully completed this course exam*

*Vicki H. Harlow*

Program Director

Marine Chemist Service, Inc.
11850 Tug Boat Lane
Newport News, Virginia 23606-2527
(757) 873-0933 fax (757) 873-1074

1000 W 27th Street
Norfolk Virginia 23517
(757) 640-1122 Fax (757) 625-5696

July 18-20, 2016 (24 Hours)

Course Date and Length in Hours

July 20, 2016

Examination Date

July 20, 2017

Expiration Date

16-086T-004

Certificate Number

1000 W 27th Street
Norfolk VA 23517

Course Location

This page is intentionally blank.

# Marine Chemist Service, Inc.

Certifies that

## Dustin Capps

Has attended and successfully completed the requisite training and examination for asbestos accreditation under TSCA Title II in

# Asbestos Management Planner Initial Course

*Vicki H. Harlow*

Primary Instructor

Participant

*I have attended this course and successfully completed this course exam*

*Vicki H. Harlow*

Program Director

Marine Chemist Service, Inc.
11850 Tug Boat Lane
Newport News, Virginia 23606-2527
(757) 873-0933 fax (757) 873-1074

1000 W 27th Street
Norfolk Virginia 23517
(757) 640-1122 Fax (757) 625-5696

July 21-22, 2016 (16 Hours)

Course Date and Length in Hours

July 22, 2016

Examination Date

July 22, 2017

Expiration Date

16-087T-002

Certificate Number

1000 W 27th Street
Norfolk VA 23517

Course Location

This page is intentionally blank.