IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJ. MATTHEW SEEGER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 1:17-cv-639-CKK |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL – CLAIMS OF PLAINTIFF MICHAEL SCHWARTZ

Plaintiff Michael Schwartz and Defendants United States Department of Defense, *et al.* hereby stipulate, pursuant to Federal Rule of Civil Procedure 41, to the dismissal of all claims and causes of action asserted by Mr. Schwartz in the above-captioned matter, with each party bearing its own attorneys' fees and costs with respect to Mr. Schwartz's claims. Nothing herein shall dismiss the claims of any plaintiffs other than Mr. Schwartz.

Respectfully submitted,

April 16, 2020

/s/ Johanna M. Hickman
Daniel A. Small (#465094)
Johanna M. Hickman (#981770)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
dsmall@cohenmilstein.com
jhickman@cohenmilstein.com

Michael C. Davis (#485311)
Margaret K. Kuhn (#1013495)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
MCDavis@Venable.com
MKFawal@Venable.com

*Attorneys for Plaintiffs*

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ Sean Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Attorneys for Defendants*